UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Ford Motor Credit Company | ) | |
| | ) | |
| Vs. | ) | C.A. NO. 05- 137 S |
| | ) | |
| Rhode Island Mack Sales & Service, Inc | ) | |

**CORPORATE DISCLOSURE**

Ford Motor Credit Company is a wholly owned subsidiary of Ford Motor Company.

Ford Motor Credit Company,

Thomas W. Lyons, R.I. Bar 2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, R.I. 02903
Tel. (401)456-0700
Fax (401)421-4730
tlyons@straussfactor.com

DATED: April 5, 2005

2