AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ford Motor Credit Company

V.

Rhode Island Mack Sales & Service

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-137 S

TO: (Name and address of Defendant)

Terrence G. Simpson, Registered Agent
for Rhode Island Mack Sales & Service, Inc.
146 Westminster Street, Suite 500
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas W. Lyons
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Thomas W Lyons

~~CLERK~~ Attorney

4/1/05

DATE

(By) DEPUTY CLERK

X Sefoie Simonian

3

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4-5-05 |
| NAME OF SERVER *(PRINT)* FRANK V CATANZERO | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): SERVED AGENT FOR SERVICE TERRANCE G. SIMPSON ESQ

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 — | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-5-05
Date

[signature]
Signature of Server

1408 ATWOOD AVE JOHNSTON
Address of Server

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 APR -8 A 10: 58

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.