**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY | : | |
| | : | |
| -vs- | : | C.A. NO. 05-137S |
| | : | |
| RHODE ISLAND MACK SALES & SERVICE, INC. | : | |

**ANSWER OF DEFENDANT**
**RHODE ISLAND MACK SALES & SERVICE, INC.**

1. Defendant Rhode Island Mack Sales & Service, Inc. ("Rhode Island Mack") admits the allegations set forth in paragraphs 1 through 5 of plaintiff's Complaint.

2. Said defendant admits that plaintiff advanced credit from time to time in behalf of Rhode Island Mack for wholesale financing of defendant's truck inventory, but avers that plaintiff is seeking payment for vehicles which were never part of the defendant's truck inventory and were being stored by defendant as an accommodation to Bering Truck Distribution, LLC.

3. Said defendant denies the allegations set forth in paragraph 7 through 11 of plaintiff's Complaint.

WHEREFORE, defendant Rhode Island Mack Sales & Service, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

(4)

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

## AFFIRMATIVE DEFENSES

Defendant Rhode Island Mack Sales & Service, Inc. hereby pleads the affirmative defenses of plaintiff's contributory negligence, fraud, failure of consideration, laches, waiver and plaintiff's failure to dispose of collateral in a commercially reasonable manner.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

Defendant hereby claims a trial by jury.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas W. Lyons, Esquire
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within Answer to the above counsel of record on April 22, 2005.

S. Sylvia Simonian