**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY | : | |
| | : | |
| -vs- | : | C.A. NO. 05-137S |
| | : | |
| RHODE ISLAND MACK SALES & SERVICE, INC. | : | |

**MOTION FOR EXTENSION TO FILE ANSWER TO INTERROGATORIES AND RESPOND TO REQUEST FOR PRODUCTION**

Now comes the defendant in the above entitled matter and hereby requests an extension to respond to plaintiff's Interrogatories and Request for Production of Documents. In support thereof, defendant's counsel, James H. Reilly, has filed a court excusal with the Federal Court seeking excusal from July 11, 2005 through August 19, 2005, due to medical reasons. The defendant therefore requests that they be given an extension up to and including September 19, 2005, to respond to plaintiff's discovery requests.

DONALD J. MARONEY #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas W. Lyons, Esquire
Strauss, Factor, Laing & Lyons

222 Richmond Street, Suite 208
Providence, Rhode Island 02903

## CERTIFICATION

I hereby certify that I mailed a copy of the within Motion to the above counsel of record on July ~~15~~ 22, 2005.

/s/ I. Sefira Simonian