**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FORD MOTOR CREDIT COMPANY :
:
-vs- : C.A. NO. 05-137S
:
RHODE ISLAND MACK SALES :
& SERVICE, INC. :

FILED JUL 25 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR EXTENSION TO FILE ANSWER TO**
**INTERROGATORIES AND RESPOND TO REQUEST FOR PRODUCTION**

Now comes the defendant in the above entitled matter and hereby requests an extension to respond to plaintiff's Interrogatories and Request for Production of Documents. In support thereof, defendant's counsel, James H. Reilly, has filed a court excusal with the Federal Court seeking excusal from July 11, 2005 through August 19, 2005, due to medical reasons. The defendant therefore requests that they be given an extension up to and including September 19, 2005, to respond to plaintiff's discovery requests.

**No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.**

[signature]
**Deputy Clerk**
**Date:** 8/9/05

[signature]
DONALD J. MARONEY #3737
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas W. Lyons, Esquire
Strauss, Factor, Laing & Lyons