UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FORD MOTOR CREDIT COMPANY

VS. C.A. NO. 05-137S

RHODE ISLAND MACK SALES
& SERVICE, INC.

**ENLARGEMENT STIPULATION**

The time of plaintiff, Ford Motor Credit Company, in which to respond to the defendant's discovery is hereby enlarged up to and including October 6, 2005.

Thomas W. Lyons, Esquire #2946
Attorney for Plaintiff
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700

RECEIVED

2005

James H. Reilly # 6658
Attorney for Defendant
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

DATED: September 29, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 10/5/05