FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FORD MOTOR CREDIT COMPANY :
:
-vs- : C.A. NO. 05-137S
:
RHODE ISLAND MACK SALES :
& SERVICE, INC. :

## JOINT MOTION TO EXTEND DISCOVERY DATES

Plaintiff, Ford Motor Credit Company, and defendant, Rhode Island Mack Sales & Service, Inc., hereby jointly move that the fact discovery disclosure date and dispositive motion filing date be extended an additional 90 days to April 17, 2006, as discovery in this case is ongoing in preparing for trial.

Thomas W. Lyons #2946
Strauss, Factor, Laing & Lyons
Attorney for Plaintiff
222 Richmond Street, Suite 208
Providence, Rhode Island 02903
(401) 456-0700
(401) 421-4730

GRANTED
William E. Smith
U.S. District Judge
1/25/06

Pretrial Memos are due 5/17/06

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)