# DEALER STATUS

| | | | |
|---|---|---|---|
| Dealer: | Rhode Island Mack Sales & Service and Collision, Inc. | Date: | 8/13/2002 |
| Status Report Number: 1 | Number(s): | A957 | |

**Charge Code 800 Expenses (000)**

Current: $ -

To Date: $ -

**Retail Outstandings (000)**

| Plan | Date | Number | Balance | Est. Loss |
|---|---|---|---|---|
| LR | | | | |
| WOR | Jun-02 | 1 | $ 32 | 0 |
| Other | | | | |
| Est. Loss-Irreg Retail | | | | |
| Est. Loss-Repos | | | | |
| DPW Outstandings as of: | | | $ - | date Jun-02 |
| DPW Req to liquidate as of: | | | | date |

**Lease Outstandings and Losses (000)**

| Type | Number | Balance | Actual/Est. Loss |
|---|---|---|---|
| W/S-Long | | | |
| W/S-Daily | | | |
| Total | | | |
| WSL/DR | 5 | $160 | 0 |
| Red Carpet | | | |
| RCL Actual | | | |

| Guarantors (Names) | SSN | N/W-Fin State (000) | Est. Actual N/W (000) |
|---|---|---|---|
| none | | | |

Branch Manager Risk Mgr/Designee Regional Mgr/Asst. Regional Mgr

Present Condition:

Rhode Island Mack was approved for Wholesale Floorplanning of the Bering Franchise in 6/99. The evaluation code assigned to the dealer was B as of 11/00. Originally Rhode Island Mack had 5 dealership locations and 5 lines set up for Bering Floorplaning. In 5/00, 3 of these locations were sold to another dealer. Interest of $5,102.88 remained on these lines, owed by Bering at that time. In March 2001, Rhode Island Mack elected to terminate its franchise with Bering. Bering responded in 5/01 stating that the dealer would receive information regarding the return of the vehicles to Bering. At the beginning, Bering had agreed to pay the interest charges for the first year a unit was on floorplan. As of 3/01 Bering asked the dealers to pay all charges up front and invoice Bering for the amounts owed for interest. Rhode Island Mack did pay the interest and flat charges due 3/01, but refused to pay further charges because they had terminated the agreement with Bering. In 6/01, Bering as a Manufacturer shut down operations. Rhode Island Mack has not paid interest and flat charges since then. The interest and flat amount owed from Bering up through 2/01 was $24,669.36. The amount owed since then by Rhode Island Macks $57,964.07. The total interest and flat charges owed today of 82,633.43 Rhode Island Mack had 11 units on their line as of 6/01 and they still have 11.

Forward Plans:

Currently there are 11 units on the line, 7 medium duty trucks and 4 mixers. The DAM reports that this dealer is unwilling to sign a voluntary surrender or allow FMCC to move the vehicles. Our next step is assign for replevin, which we will do as soon a possible.

Dealer has a WSL Lease line with the branch also, BH725. This account is current and the dealer remains cooperative. It is in a liquidating status. Branch will pursue replevin and sale of the remaining W/S vehicles and the collection of interest as recommended by Central office.

GADSBY HANNAH

C. Alexa Abowitz
aabowitz@ghlaw.com

Tel: 617 345 7037
Fax: 617 204 8037

February 23, 2004

**VIA FACSIMILE AND US MAIL**

Joelle Zarfl
Commercial Risk Management
Ford Motor Credit Company
One American Road
Dearborn, MI 48121

225 Franklin Street
Boston MA 02110
Tel 617 345 7000
Fax 617 345 7050
www.ghlaw.com

Re: International Truck Center of Boston

Dear Ms. Zarfl:

This firm represents International Truck Center of Boston, L.L.C. ("ITCOB"). Kindly direct all future correspondence here. We look forward to working with you.

A dispute has arisen between Ford Motor Credit ("FMC") and ITCOB concerning certain amounts that appear to have been left on ITCOB's books in error. It is ITCOB's position that it owes FMC no interest or other monies.

Bering Truck Distribution LLC ("Bering") was the authorized distributor of Hyundai trucks for North America. FMC provided Bering with the financing necessary to undertake this effort. FMC was Bering's major lender for facilities, working capital and inventory purchases of trucks from Hyundai. As such, FMC was closely involved with, if not directing, Bering's business practices and the incentives it offered its dealers.

ITCOB became an authorized Bering truck dealer in May of 1999. In or around January of 2000, ITCOB took possession of Bering mixers through the Bering Mixer Program ("the Program"). Pursuant to the Program, Bering represented to ITCOB (and other dealers) that it would place mixers in dealer inventory for twelve months. Bering represented to ITCOB that it would pay any interest that accrued on those mixers and if the mixers remained unsold, Bering represented that it would take them back, with no liability to ITCOB.

ITCOB never agreed to pay interest on the mixers, it did not agree to retain the mixers on its lot at the close of the twelve month Program and it did not agree to any

other amendment of its agreement with Bering concerning the Program. In fact, ITCOB would not have agreed to try to sell the mixers except in reliance on Bering's representation that it would pay the interest and that it would take back the unsold trucks at the close of 2000 without any liability to the dealer.

FMC was aware of the Program and likely approved it at its inception. Throughout the course of 2000, FMC sent interest statements to ITCOB, ITCOB sent the statements on to Bering and Bering paid FMC. For this reason, in addition to its business relationship with Bering, FMC was aware that Bering had undertaken to pay and was paying the interest on the mixers.

As of December 2000, two mixers remained on ITCOB's inventory. On December 21, 2000, Mike McDonald, ITCOB's General/Sales Manager, wrote to Michele Petko at FMC's King of Prussia office. That letter, which I have attached hereto, confirms that ITCOB returned titles to the two mixers to Bering in December of 2000. It is ITCOB's understanding that Guy Basden, an FMC employee who was working out of Bering's offices in Virginia, received the titles. The letter also reminds FMC that Bering had assured ITCOB that the interest for the mixers would come off ITCOB's books immediately and that the mixers should be removed from ITCOB's lot. Dick Frisbe at Bering is copied on the letter. FMC did not respond.

On January 10, 2001, Duncan Sellers, Bering's Vice President, wrote to Mike McDonald. That letter is also attached for your convenience. In the January 10 letter, Mr. Sellers confirms that the mixers were "inadvertently left on [ITCOB's] FMC floor plan at the end of December 2000." Mr. Sellers apologizes for the oversight and promises that Bering will remove the mixers from ITCOB's floor plan and facility as soon as possible.

For the remainder of 2001, no one from FMC or from Bering approached ITCOB about the mixers. In June of 2001, Bering ceased operations after losing its contract with Hyundai. As early as November 2000, FMC was likely aware that the contract would be lost. Nevertheless, without word from FMC or from Bering, the mixers remained on ITCOB's lot, despite Bering's representation that it would have them removed with no liability to ITCOB.

In late 2001 – early 2002, ITCOB began talks with Kevin Cullum at FMC concerning floor plan financing for Mitsubishi trucks. It was only in this context that FMC finally revisited the issue of the mixers. Although FMC and ITCOB did not discuss the issue in detail, FMC led ITCOB to believe that the Bering mixer issue would be readily resolved were ITCOB to secure dealership status for Mitsubishi and finance the trucks through FMC. No such transaction occurred and, with the mixers still sitting on ITCOB's lot, FMC dropped the matter again.

FMC did not approach ITCOB about this matter again for another several months. Then, in May of 2002, Kevin Cullum wrote demanding payment of $337,022.03 in interest and financing, without attaching comprehensive supporting statements. ITCOB communicated with Mr. Cullum, explaining the history of the charges. Mr. Cullum indicated that he had accepted that ITCOB did not in fact owe the interest and that the matter was resolved.

In sum, ITCOB's response remains largely the same. FMC was intimately involved in, if not directing, Bering's business activities at the time that the Bering Mixer Program was initiated. As part of the Program, Bering told ITCOB that it would pay the interest on the mixers for the twelve months they were placed in dealer inventory and that it would take back any unsold mixers without any liability to ITCOB. Indeed, all the interest payments that FMC received for the Bering mixers on ITCOB's lot in 2000 came directly from Bering. ITCOB agreed to participate in the Program in reliance on and only because of the representations that Bering made to it. Moreover, ITCOB never agreed to any alteration of the parties' agreement. Because ITCOB was relying on representations that Bering made and FMC, as Being's business partner was aware of those representations and ITCOB's reliance on them, ITCOB does not believe it has any liability for any amount attributable to the mixers. This includes any loss that might have been suffered from the mixers' sale at auction.

FMC has not provided ITCOB with a recent traditional statement of the amount it believes it owed. Rather, all the correspondence has been accompanied by summary statements of an amount. ITCOB believes that it would aid any discussions going forward if FMC could provide a recent accounting of the amount it claims it is owed.

We look forward to hearing from you further on this issue. Kindly feel free to contact me with any questions.

Very truly yours,

C. Alexa Abowitz

Attachments

Wednesday, January 21, 2004 1:48 PM Gary Fenn 781-395-4053 p.06

International Truck Center of Boston, LLC
340 Mystic Ave PO Box 530
Medford, MA 02155
Mike McDonald
Phone: (781) 396-2707 x211 Fax: (781) 396-3668

Ford Motor Credit
500 N. Gulph Rd
Suite 202
King of Prussia, PA 19406

12-21-00

Michele Petko;

We are sending the titles back to Bering on two Bering HD Mixer units, vin #'s YC003026 & YC003031, and would like Ford to remove them from our books at once. I have spoke to Dick Frisbe about getting them off our books and out of our yard since September, he assured me they would be gone before year-end. If you would be kind enough to make sure they are off our books before January 2001, I would appreciate it greatly. I have sent a copy of this letter as well as the titles to the two units overnight to Bering. If you have any questions please give me a call at 781-396-2707 x211

Sincerely,

Mike McDonald
General/Sales Manager

Cc: Dick Frisbe @ Bering

BERING

January 10, 2001

Mike McDonald
International Truck Center
340 Mystic Avenue
Medford, MA 02155

Dear Mike:

The Bering Mixers identified below were inadvertently left on your Ford Motor Credit floor plan at the end of December 2000. As outlined in Bering's Mixer program these units were to remain on your account for up to twelve months and, if not sold in that time, would be re-purchased by Bering Truck Distribution, LLC. Please accept our apologies for this oversight.

KMFVC88D0YC003031
KMFVC88D4YC003016
KMFVC88D7YC003026

Bering will take steps to remove these trucks from both your floor plan and your facility as soon as possible.

Sincerely yours,

Duncan W. Sellars
Vice President

Bering Truck Corporation
200 Bering Place
Front Royal, VA 22630

Phone: (1)(540) 631-3100
Fax: (1)(540) 631-3119
Web: www.beringtruck.com