FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 08

| VEHICLE DESCRIPTION SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAD (19) | DEFER. INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 4675 | | 372 | 071000 | | | 033001 | 2 | 705540 | 265 | |
| | | | | | | 071000 | | | 60775 | | | 071000 | | | 040101 | 26 | 766315 | | |
| | | | | XX | | 071000 | | | 8831 | | 360 | 071000 | | | 042701 | 4 | 775146 | 295 | C |
| | | | | | | 071000 | | | 52984 | | | 071000 | | | 050101 | 24 | 828130 | | C |
| | | | | XX | | 071000 | | 9350000 | 14545 | | 372 | 071000 | | | 052501 | 7 | 842675 | 326 | C |
| | | | | | | 071000 | | | | | | | | | | | | | C |
| DEALER LEVEL ADJUST | | | 050301 | 31 | 349128 | | | | | | | | | | | | | | |
| DEALER LEVEL ADJUST | | | 050701 | 31 | 193484 | | | | | | | | | | | | | | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| $4,263.97 | $0.00 | $40.08 | $0.00 | $0.00 | | | | O | N |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| $608,125.00 | $0.00 | $36,415.00 | $0.00 | $571,710.00 | AN | | 1450000 |

FMCC FORM 11197 AUG 88

LEGEND CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT
31-DEALER INTEREST PAYMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION
FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 07

| VEHICLE DESCRIPTION SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAND (19) | DEFER INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 120100 | 31 | 477242 | 175 | |
| | | | | XX | | 071000 | | | 29998 | | | 071000 | | | 010101 | 11 | 507240 | | |
| | | | | | | 071000 | | | 51945 | | 372 | 071000 | | | 011201 | 20 | 559185 | 206 | |
| | | | | XX | | 071000 | | | 20778 | | | 071000 | | | 020101 | 8 | 579963 | | |
| | | | | | | 071000 | | | 49348 | | 336 | 071000 | | | 020901 | 20 | 629311 | 234 | |
| | | | | XX | | 071000 | | | 71554 | | | 071000 | | | 030101 | 29 | 700865 | | |
| | | | | | | 071000 | | | 4675 | | 372 | 071000 | | | 033001 | 2 | 705540 | 265 | |
| | | | | XX | | 071000 | | | 60775 | | | 071000 | | | 040101 | 26 | 766315 | | |
| | | | | | | 071000 | | | 8831 | | 360 | 071000 | | | 042701 | 4 | 775146 | 295 | |
| | | | | XX | | 071000 | | | 52984 | | | 071000 | | | 050101 | 24 | 828130 | | C |
| | | | | | | 071000 | | 9350000 | 14545 | | 372 | 071000 | | | 052501 | 7 | 842675 | 326 | C |
| KMFVC88D5YC003252 | 00 | BERNG | | DP | 9350000 | 071000 | 93500 | | | | | 071000 | | | | | | | |
| | | | | | | 071000 | | | 59996 | | 264 | 071000 | | | 071000 | 22 | 59996 | 22 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 080100 | 31 | 144536 | 53 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 090100 | 30 | 226349 | 83 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 100100 | 31 | 310889 | 114 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 110100 | 30 | 392702 | 144 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 120100 | 31 | 477242 | 175 | |
| | | | | XX | | 071000 | | | 29998 | | | 071000 | | | 010101 | 11 | 507240 | | |
| | | | | | | 071000 | | | 51945 | | 372 | 071000 | | | 011201 | 20 | 559185 | 206 | |
| | | | | XX | | 071000 | | | 20778 | | | 071000 | | | 020101 | 8 | 579963 | | |
| | | | | | | 071000 | | | 49348 | | 336 | 071000 | | | 020901 | 20 | 629311 | 234 | |
| | | | | XX | | 071000 | | | 71554 | | | 071000 | | | 030101 | 29 | 700865 | | |
| | | | | | | 071000 | | | 4675 | | 372 | 071000 | | | 033001 | 2 | 705540 | 265 | |
| | | | | XX | | 071000 | | | 60775 | | | 071000 | | | 040101 | 26 | 766315 | | |
| | | | | | | 071000 | | | 8831 | | 360 | 071000 | | | 042701 | 4 | 775146 | 295 | |
| | | | | XX | | 071000 | | | 52984 | | | 071000 | | | 050101 | 24 | 828130 | | C |
| | | | | | | 071000 | | 9350000 | 14545 | | 372 | 071000 | | | 052501 | 7 | 842675 | 326 | C |
| KMFVC88D9YC003254 | 00 | BERNG | | DP | 9350000 | 071000 | 93500 | | | | | 071000 | | | | | | | |
| | | | | | | 071000 | | | 59996 | | 264 | 071000 | | | 071000 | 22 | 59996 | 22 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 080100 | 31 | 144536 | 53 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 090100 | 30 | 226349 | 83 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 100100 | 31 | 310889 | 114 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 110100 | 30 | 392702 | 144 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 120100 | 31 | 477242 | 175 | |
| | | | | XX | | 071000 | | | 29998 | | | 071000 | | | 010101 | 11 | 507240 | | |
| | | | | | | 071000 | | | 51945 | | 372 | 071000 | | | 011201 | 20 | 559185 | 206 | |
| | | | | XX | | 071000 | | | 20778 | | | 071000 | | | 020101 | 8 | 579963 | | |
| | | | | | | 071000 | | | 49348 | | 336 | 071000 | | | 020901 | 20 | 629311 | 234 | |
| | | | | XX | | 071000 | | | 71554 | | | 071000 | | | 030101 | 29 | 700865 | | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT
31-DEALER INTEREST PAYMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 06

| VEHICLE DESCRIPTION SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAND (19) | DEI IND (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 060100 | 30 | 264195 | 269 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 070100 | 31 | 297030 | 300 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 080100 | 31 | 329865 | 331 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 090100 | 30 | 361641 | 361 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 100100 | 31 | 394476 | 392 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 110100 | 30 | 426252 | 422 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 120100 | 31 | 459087 | 453 | |
| | | | | XX | | 100699 | | | 11651 | | | 100699 | | | 010101 | 11 | 470738 | | |
| | | | | | | 100699 | | | 20175 | | 372 | 100699 | | | 011201 | 20 | 490913 | 484 | |
| | | | | XX | | 100699 | | | 8070 | | | 100699 | | | 020101 | 8 | 498983 | | |
| | | | | | | 100699 | | | 19166 | | 336 | 100699 | | | 020901 | 20 | 518149 | 512 | |
| | | | | XX | | 100699 | | | 27791 | | | 100699 | | | 030101 | 29 | 545940 | | |
| | | | | | | 100699 | | | 1816 | | 372 | 100699 | | | 033001 | 2 | 547756 | 543 | |
| | | | | XX | | 100699 | | | 23605 | | | 100699 | | | 040101 | 26 | 571361 | | |
| | | | | | | 100699 | | | 3430 | | 360 | 100699 | | | 042701 | 4 | 574791 | 573 | |
| | | | | XX | | 100699 | | | 20579 | | | 100699 | | | 050101 | 24 | | | C |
| | | | | | | 100699 | | 3631500 | 5649 | | 372 | 100699 | | | 052501 | 7 | 601019 | 604 | C |
| KMFVC88D3YC003248 | 00 | BERNG | | DP | 9350000 | 071000 | 93500 | | | | | 071000 | | | | | | | |
| | | | | | | 071000 | | | 59996 | | 264 | 071000 | | | 071000 | 22 | 59996 | 22 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 080100 | 31 | 144536 | 53 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 090100 | 30 | 226349 | 83 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 100100 | 31 | 310889 | 114 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 110100 | 30 | 392702 | 144 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 120100 | 31 | 477242 | 175 | |
| | | | | XX | | 071000 | | | 29998 | | | 071000 | | | 010101 | 11 | 507240 | | |
| | | | | | | 071000 | | | 51945 | | 372 | 071000 | | | 011201 | 20 | 559185 | 206 | |
| | | | | XX | | 071000 | | | 20778 | | | 071000 | | | 020101 | 8 | 579963 | | |
| | | | | | | 071000 | | | 49348 | | 336 | 071000 | | | 020901 | 20 | 629311 | 234 | |
| | | | | XX | | 071000 | | | 71554 | | | 071000 | | | 030101 | 29 | 700865 | | |
| | | | | | | 071000 | | | 4675 | | 372 | 071000 | | | 033001 | 2 | 705540 | 265 | |
| | | | | XX | | 071000 | | | 60775 | | | 071000 | | | 040101 | 26 | 766315 | | |
| | | | | | | 071000 | | | 8831 | | 360 | 071000 | | | 042701 | 4 | 775146 | 295 | |
| | | | | XX | | 071000 | | | 52984 | | | 071000 | | | 050101 | 24 | 828130 | | C |
| | | | | | | 071000 | | 9350000 | 14545 | | 372 | 071000 | | | 052501 | 7 | 842675 | 326 | C |
| KMFVC88D3YC003251 | 00 | BERNG | | DP | 9350000 | 071000 | 93500 | | | | | 071000 | | | | | | | |
| | | | | | | 071000 | | | 59996 | | 264 | 071000 | | | 071000 | 22 | 59996 | 22 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 080100 | 31 | 144536 | 53 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 090100 | 30 | 226349 | 83 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 100100 | 31 | 310889 | 114 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 110100 | 30 | 392702 | 144 | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
[illegible]NAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
[illegible] FROM CMA ACCOUNT
[illegible]ER DEBIT

10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT
31-DEALER INTEREST PAYMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 05

| VEHICLE DESCRIPTION: SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION: DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE: ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES: INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES: AMOUNT (14) | TYPE (15) | INTEREST DATA: COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAD (19) | DEFER. INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 100699 | | | 4792 | | 690 | 100699 | | | 112699 | 5 | 52381 | 56 | |
| | | | | | | 100699 | | | 29708 | | 713 | 100699 | | | 120199 | 31 | 82089 | 87 | |
| | | | | | | 100699 | | | 29708 | | 713 | 100699 | | | 010100 | 31 | 111797 | 118 | |
| | | | | XX | | 100699 | | | 9583 | | | 100699 | | | 020100 | 10 | 121380 | | |
| | | | | | | 100699 | | | 18687 | | 667 | 100699 | | | 021100 | 19 | 140067 | 147 | |
| | | | | XX | | 100699 | | | 29506 | | | 100699 | | | 030100 | 30 | 169573 | | |
| | | | | | | 100699 | | | 1009 | | 713 | 100699 | | | 033100 | 1 | 170582 | 178 | |
| | | | | | | 100699 | | | 30263 | | 360 | 100699 | | | 040100 | 30 | 200845 | 208 | |
| | | | | XX | | 100699 | | | 25219 | | | 100699 | | | 050100 | 25 | 226064 | | |
| | | | | | | 100699 | | | 6355 | | 372 | 100699 | | | 052600 | 6 | 232419 | 239 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 060100 | 30 | 264195 | 269 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 070100 | 31 | 297030 | 300 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 080100 | 31 | 329865 | 331 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 090100 | 30 | 361641 | 361 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 100100 | 31 | 394476 | 392 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 110100 | 30 | 426252 | 422 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 120100 | 31 | 459087 | 453 | |
| | | | | XX | | 100699 | | | 11651 | | | 100699 | | | 010101 | 11 | 470738 | | |
| | | | | | | 100699 | | | 20175 | | 372 | 100699 | | | 011201 | 20 | 490913 | 484 | |
| | | | | XX | | 100699 | | | 8070 | | | 100699 | | | 020101 | 8 | 498983 | | |
| | | | | | | 100699 | | | 19166 | | 336 | 100699 | | | 020901 | 20 | 518149 | 512 | |
| | | | | XX | | 100699 | | | 27791 | | | 100699 | | | 030101 | 29 | 545940 | | |
| | | | | | | 100699 | | | 1816 | | 372 | 100699 | | | 033001 | 2 | 547756 | 543 | |
| | | | | XX | | 100699 | | | 23605 | | | 100699 | | | 040101 | 26 | 571361 | | |
| | | | | | | 100699 | | | 3430 | | 360 | 100699 | | | 042701 | 4 | 574791 | 573 | |
| | | | | XX | | 100699 | | | 20579 | | | 100699 | | | 050101 | 24 | | | C |
| | | | | | | 100699 | | 3631500 | 5649 | | 372 | 100699 | | | 052501 | 7 | 601019 | 604 | C |
| KMFPB69B6YC005251 | 00 | GVWR | | BP | 3631500 | 100699 | 36315 | | | | | 100699 | | | | | | | |
| | | | | | | 100699 | | | 24261 | | 598 | 100699 | | | 100699 | 26 | 24261 | 26 | |
| | | | | XX | | 100699 | | | 23328 | | | 100699 | | | 110199 | 25 | 47589 | | |
| | | | | | | 100699 | | | 4792 | | 690 | 100699 | | | 112699 | 5 | 52381 | 56 | |
| | | | | | | 100699 | | | 29708 | | 713 | 100699 | | | 120199 | 31 | 82089 | 87 | |
| | | | | | | 100699 | | | 29708 | | 713 | 100699 | | | 010100 | 31 | 111797 | 118 | |
| | | | | XX | | 100699 | | | 9583 | | | 100699 | | | 020100 | 10 | 121380 | | |
| | | | | | | 100699 | | | 18687 | | 667 | 100699 | | | 021100 | 19 | 140067 | 147 | |
| | | | | XX | | 100699 | | | 29506 | | | 100699 | | | 030100 | 30 | 169573 | | |
| | | | | | | 100699 | | | 1009 | | 713 | 100699 | | | 033100 | 1 | 170582 | 178 | |
| | | | | | | 100699 | | | 30263 | | 360 | 100699 | | | 040100 | 30 | 200845 | 208 | |
| | | | | XX | | 100699 | | | 25219 | | | 100699 | | | 050100 | 25 | 226064 | | |
| | | | | | | 100699 | | | 6355 | | 372 | 100699 | | | 052600 | 6 | 232419 | 239 | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT

10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION
FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 04

| VEHICLE DESCRIPTION SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO DAYS VEHICLE OUTSTAND (19) | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | XX | | 100699 | | | 27868 | | | 100699 | | | 030101 | 29 | 547441 | | |
| | | | | | | 100699 | | | 1821 | | 372 | 100699 | | | 033001 | 2 | 549262 | 543 | |
| | | | | XX | | 100699 | | | 23670 | | | 100699 | | | 040101 | 26 | 572932 | | |
| | | | | | | 100699 | | | 3439 | | 360 | 100699 | | | 042701 | 4 | 576371 | 573 | |
| | | | | XX | | 100699 | | | 20635 | | | 100699 | | | 050101 | 24 | | | C |
| | | | | | | 100699 | | 3641500 | 5665 | | 372 | 100699 | | | 052501 | 7 | 602671 | 604 | C |
| KMFLB69B7YC002826 | 00 | GVWR | | BP | 3641500 | 100699 | 36415 | | | | | 100699 | | | | | | | |
| | | | | | | 100699 | | | 24327 | | 598 | 100699 | | | 100699 | 26 | 24327 | 26 | |
| | | | | XX | | 100699 | | | 23392 | | | 100699 | | | 110199 | 25 | 47719 | | |
| | | | | | | 100699 | | | 4805 | | 690 | 100699 | | | 112699 | 5 | 52524 | 56 | |
| | | | | | | 100699 | | | 29790 | | 713 | 100699 | | | 120199 | 31 | 82314 | 87 | |
| | | | | | | 100699 | | | 29790 | | 713 | 100699 | | | 010100 | 31 | 112104 | 118 | |
| | | | | XX | | 100699 | | | 9610 | | | 100699 | | | 020100 | 10 | 121714 | | |
| | | | | | | 100699 | | | 18739 | | 667 | 100699 | | | 021100 | 19 | 140453 | 147 | |
| | | | | XX | | 100699 | | | 29587 | | | 100699 | | | 030100 | 30 | 170040 | | |
| | | | | | | 100699 | | | 1012 | | 713 | 100699 | | | 033100 | 1 | 171052 | 178 | |
| | | | | | | 100699 | | | 30346 | | 360 | 100699 | | | 040100 | 30 | 201398 | 208 | |
| | | | | XX | | 100699 | | | 25288 | | | 100699 | | | 050100 | 25 | 226686 | | |
| | | | | | | 100699 | | | 6373 | | 372 | 100699 | | | 052600 | 6 | 233059 | 239 | |
| | | | | | | 100699 | | | 31863 | | 360 | 100699 | | | 060100 | 30 | 264922 | 269 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 070100 | 31 | 297847 | 300 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 080100 | 31 | 330772 | 331 | |
| | | | | | | 100699 | | | 31863 | | 360 | 100699 | | | 090100 | 30 | 362635 | 361 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 100100 | 31 | 395560 | 392 | |
| | | | | | | 100699 | | | 31863 | | 360 | 100699 | | | 110100 | 30 | 427423 | 422 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 120100 | 31 | 460348 | 453 | |
| | | | | XX | | 100699 | | | 11683 | | | 100699 | | | 010101 | 11 | 472031 | | |
| | | | | | | 100699 | | | 20231 | | 372 | 100699 | | | 011201 | 20 | 492262 | 484 | |
| | | | | XX | | 100699 | | | 8092 | | | 100699 | | | 020101 | 8 | 500354 | | |
| | | | | | | 100699 | | | 19219 | | 336 | 100699 | | | 020901 | 20 | 519573 | 512 | |
| | | | | XX | | 100699 | | | 27868 | | | 100699 | | | 030101 | 29 | 547441 | | |
| | | | | | | 100699 | | | 1821 | | 372 | 100699 | | | 033001 | 2 | 549262 | 543 | |
| | | | | XX | | 100699 | | | 23670 | | | 100699 | | | 040101 | 26 | 572932 | | |
| | | | | | | 100699 | | | 3439 | | 360 | 100699 | | | 042701 | 4 | 576371 | 573 | |
| | | | 051601 | 01 | 3363500 | 100699 | 36415 | | 12897 | | | 100699 | | | 050101 | 15 | 589268 | 588 | C |
| | | | 052501 | 01 | 278000 | 100699 | 36415 | | 591 | | | 100699 | | | 051601 | 9 | 589859 | 597 | C |
| | | | | | | 100699 | | | | | 288 | 100699 | | | | | 589859 | 604 | C |
| KMFPB69BOYC005259 | 00 | GVWR | | BP | 3631500 | 100699 | 36315 | | | | | 100699 | | | | | | | |
| | | | | | | 100699 | | | 24261 | | 598 | 100699 | | | 100699 | 26 | 24261 | 26 | |
| | | | | XX | | 100699 | | | 23328 | | | 100699 | | | 110199 | 25 | 47589 | | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT
31-DEALER INTEREST PAYMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 03

| VEHICLE DESCRIPTION | | | TRANSACTION | | | INTEREST START | BALANCE | | CURRENT CHARGES | | | FLAT START | INSTALMENT AND ASSIGNMENT MATURITIES | | INTEREST DATA | | ACCUMED INTEREST CHARGES | NO. DAYS VEHICLE OUTSTAD | DEFER. INDIC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERIAL NUMBER (1) | YR. (2) | MAKE (3) | DATE (4) | CD. (5) | AMOUNT (6) | DATE (7) | ORIGINAL (8) | OUTSTANDING (9) | INTEREST (10) | DEMO INS (11) | FLAT (12) | DATE (13) | AMOUNT (14) | TYPE (15) | COMP DATE (16) | DAYS (17) | (18) | (19) | (20) |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 070100 | 31 | 387673 | 398 | |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 080100 | 31 | 420598 | 429 | |
| | | | | | | 063099 | | | 31863 | | 360 | 063099 | | | 090100 | 30 | 452461 | 459 | |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 100100 | 31 | 485386 | 490 | |
| | | | | | | 063099 | | | 31863 | | 360 | 063099 | | | 110100 | 30 | 517249 | 520 | |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 120100 | 31 | 550174 | 551 | |
| | | | | XX | | 063099 | | | 11683 | | | 063099 | | | 010101 | 11 | 561857 | | |
| | | | | | | 063099 | | | 20231 | | 372 | 063099 | | | 011201 | 20 | 582088 | 582 | |
| | | | | XX | | 063099 | | | 8092 | | | 063099 | | | 020101 | 8 | 590180 | | |
| | | | | | | 063099 | | | 19219 | | 336 | 063099 | | | 020901 | 20 | 609399 | 610 | |
| | | | | XX | | 063099 | | | 27868 | | | 063099 | | | 030101 | 29 | 637267 | | |
| | | | | | | 063099 | | | 1821 | | 372 | 063099 | | | 033001 | 2 | 639088 | 641 | |
| | | | | XX | | 063099 | | | 23670 | | | 063099 | | | 040101 | 26 | 662758 | | |
| | | | | | | 063099 | | | 3439 | | 360 | 063099 | | | 042701 | 4 | 666197 | 671 | |
| | | | | XX | | 063099 | | | 20635 | | | 063099 | | | 050101 | 24 | 686832 | | C |
| | | | | | | 063099 | | 3641500 | 5665 | | 372 | 063099 | | | 052501 | 7 | 692497 | 702 | C |
| KMFLB69B2YC004080 | 00 | GVWR | | BP | 3641500 | 100699 | 36415 | | | | | 100699 | | | | | | | |
| | | | | | | 100699 | | | 24327 | | 598 | 100699 | | | 100699 | 26 | 24327 | 26 | |
| | | | | XX | | 100699 | | | 23392 | | | 100699 | | | 110199 | 25 | 47719 | | |
| | | | | | | 100699 | | | 4805 | | 690 | 100699 | | | 112699 | 5 | 52524 | 56 | |
| | | | | | | 100699 | | | 29790 | | 713 | 100699 | | | 120199 | 31 | 82314 | 87 | |
| | | | | | | 100699 | | | 29790 | | 713 | 100699 | | | 010100 | 31 | 112104 | 118 | |
| | | | | XX | | 100699 | | | 9610 | | | 100699 | | | 020100 | 10 | 121714 | | |
| | | | | | | 100699 | | | 18739 | | 667 | 100699 | | | 021100 | 19 | 140453 | 147 | |
| | | | | XX | | 100699 | | | 29587 | | | 100699 | | | 030100 | 30 | 170040 | | |
| | | | | | | 100699 | | | 1012 | | 713 | 100699 | | | 033100 | 1 | 171052 | 178 | |
| | | | | | | 100699 | | | 30346 | | 360 | 100699 | | | 040100 | 30 | 201398 | 208 | |
| | | | | XX | | 100699 | | | 25288 | | | 100699 | | | 050100 | 25 | 226686 | | |
| | | | | | | 100699 | | | 6373 | | 372 | 100699 | | | 052600 | 6 | 233059 | 239 | |
| | | | | | | 100699 | | | 31863 | | 360 | 100699 | | | 060100 | 30 | 264922 | 269 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 070100 | 31 | 297847 | 300 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 080100 | 31 | 330772 | 331 | |
| | | | | | | 100699 | | | 31863 | | 360 | 100699 | | | 090100 | 30 | 362635 | 361 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 100100 | 31 | 395560 | 392 | |
| | | | | | | 100699 | | | 31863 | | 360 | 100699 | | | 110100 | 30 | 427423 | 422 | |
| | | | | | | 100699 | | | 32925 | | 372 | 100699 | | | 120100 | 31 | 460348 | 453 | |
| | | | | XX | | 100699 | | | 11683 | | | 100699 | | | 010101 | 11 | 472031 | | |
| | | | | | | 100699 | | | 20231 | | 372 | 100699 | | | 011201 | 20 | 492262 | 484 | |
| | | | | XX | | 100699 | | | 8092 | | | 100699 | | | 020101 | 8 | 500354 | | |
| | | | | | | 100699 | | | 19219 | | 336 | 100699 | | | 020901 | 20 | 519573 | 512 | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND

CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT
31-DEALER INTEREST PAYMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 02

| VEHICLE DESCRIPTION: SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION: DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE: ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES: INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES: AMOUNT (14) | TYPE (15) | INTEREST DATA: COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAND (19) | DE IN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 083199 | | | 727 | | 713 | 083199 | | | 033100 | 1 | 147108 | 214 | |
| | | | | | | 083199 | | | 21813 | | 360 | 083199 | | | 040100 | 30 | 168921 | 244 | |
| | | | | XX | | 083199 | | | 18177 | | | 083199 | | | 050100 | 25 | 187098 | | |
| | | | | | | 083199 | | | 4581 | | 372 | 083199 | | | 052600 | 6 | 191679 | 275 | |
| | | | | | | 083199 | | | 22903 | | 360 | 083199 | | | 060100 | 30 | 214582 | 305 | |
| | | | | | | 083199 | | | 23667 | | 372 | 083199 | | | 070100 | 31 | 238249 | 336 | |
| | | | | | | 083199 | | | 23667 | | 372 | 083199 | | | 080100 | 31 | 261916 | 367 | |
| | | | | | | 083199 | | | 22903 | | 360 | 083199 | | | 090100 | 30 | 284819 | 397 | |
| | | | | | | 083199 | | | 23667 | | 372 | 083199 | | | 100100 | 31 | 308486 | 428 | |
| | | | | | | 083199 | | | 22903 | | 360 | 083199 | | | 110100 | 30 | 331389 | 458 | |
| | | | | | | 083199 | | | 23667 | | 372 | 083199 | | | 120100 | 31 | 355056 | 489 | |
| | | | | XX | | 083199 | | | 8398 | | | 083199 | | | 010101 | 11 | 363454 | | |
| | | | | | | 083199 | | | 14542 | | 372 | 083199 | | | 011201 | 20 | 377996 | 520 | |
| | | | | XX | | 083199 | | | 5817 | | | 083199 | | | 020101 | 8 | 383813 | | |
| | | | | | | 083199 | | | 13815 | | 336 | 083199 | | | 020901 | 20 | 397628 | 548 | |
| | | | | XX | | 083199 | | | 20031 | | | 083199 | | | 030101 | 29 | 417659 | | |
| | | | | | | 083199 | | | 1309 | | 372 | 083199 | | | 033001 | 2 | 418968 | 579 | |
| | | | | XX | | 083199 | | | 17014 | | | 083199 | | | 040101 | 26 | 435982 | | |
| | | | | | | 083199 | | | 2472 | | 360 | 083199 | | | 042701 | 4 | 438454 | 609 | |
| | | | | XX | | 083199 | | | 14833 | | | 083199 | | | 050101 | 24 | | | C |
| | | | | | | 083199 | | 2617500 | 4072 | | 372 | 083199 | | | 052501 | 7 | 457359 | 640 | C |
| KMFLB69B2YC004063 | 00 | MD | | BP | 3641500 | 063099 | 36415 | | | | | 063099 | | | | | | | |
| | | | | XX | | 063099 | | | 7966 | | | 063099 | | | 063099 | 9 | 7966 | | |
| | | | | | | 063099 | | | 20939 | | 736 | 063099 | | | 070999 | 23 | 28905 | 32 | |
| | | | | | | 063099 | | | 28222 | | 713 | 063099 | | | 080199 | 31 | 57127 | 63 | |
| | | | | XX | | 063099 | | | 1821 | | | 063099 | | | 090199 | 2 | 58948 | | |
| | | | | | | 063099 | | | 26199 | | 690 | 063099 | | | 090399 | 28 | 85147 | 93 | |
| | | | | | | 063099 | | | 29006 | | 713 | 063099 | | | 100199 | 31 | 114153 | 124 | |
| | | | | XX | | 063099 | | | 23392 | | | 063099 | | | 110199 | 25 | 137545 | | |
| | | | | | | 063099 | | | 4805 | | 690 | 063099 | | | 112699 | 5 | 142350 | 154 | |
| | | | | | | 063099 | | | 29790 | | 713 | 063099 | | | 120199 | 31 | 172140 | 185 | |
| | | | | | | 063099 | | | 29790 | | 713 | 063099 | | | 010100 | 31 | 201930 | 216 | |
| | | | | XX | | 063099 | | | 9610 | | | 063099 | | | 020100 | 10 | 211540 | | |
| | | | | | | 063099 | | | 18739 | | 667 | 063099 | | | 021100 | 19 | 230279 | 245 | |
| | | | | XX | | 063099 | | | 29587 | | | 063099 | | | 030100 | 30 | 259866 | | |
| | | | | | | 063099 | | | 1012 | | 713 | 063099 | | | 033100 | 1 | 260878 | 276 | |
| | | | | | | 063099 | | | 30346 | | 360 | 063099 | | | 040100 | 30 | 291224 | 306 | |
| | | | | XX | | 063099 | | | 25288 | | | 063099 | | | 050100 | 25 | 316512 | | |
| | | | | | | 063099 | | | 6373 | | 372 | 063099 | | | 052600 | 6 | 322885 | 337 | |
| | | | | | | 063099 | | | 31863 | | 360 | 063099 | | | 060100 | 30 | 354748 | 367 | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT
31-DEALER INTEREST PAYMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 05-31-01 PAGE 01

| SERIAL NUMBER (1) | YR. (2) | MAKE (3) | DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | ORIGINAL (8) | OUTSTANDING (9) | INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAD (19) | DEFER INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KMFHB47AXYC115030 | 00 | GVWR | | BP | 2607500 | 110899 | 26075 | | | | | 110899 | | | | | | | |
| | | | | XX | | 110899 | | | 12060 | | | 110899 | | | 110899 | 18 | 12060 | | |
| | | | | | | 110899 | | | 3440 | | 529 | 110899 | | | 112699 | 5 | 15500 | 23 | |
| | | | | | | 110899 | | | 21331 | | 713 | 110899 | | | 120199 | 31 | 36831 | 54 | |
| | | | | | | 110899 | | | 21331 | | 713 | 110899 | | | 010100 | 31 | 58162 | 85 | |
| | | | | XX | | 110899 | | | 6881 | | | 110899 | | | 020100 | 10 | 65043 | | |
| | | | | | | 110899 | | | 13418 | | 667 | 110899 | | | 021100 | 19 | 78461 | 114 | |
| | | | | XX | | 110899 | | | 21186 | | | 110899 | | | 030100 | 30 | 99647 | | |
| | | | | | | 110899 | | | 724 | | 713 | 110899 | | | 033100 | 1 | 100371 | 145 | |
| | | | | | | 110899 | | | 21729 | | 360 | 110899 | | | 040100 | 30 | 122100 | 175 | |
| | | | | XX | | 110899 | | | 18108 | | | 110899 | | | 050100 | 25 | 140208 | | |
| | | | | | | 110899 | | | 4563 | | 372 | 110899 | | | 052600 | 6 | 144771 | 206 | |
| | | | | | | 110899 | | | 22816 | | 360 | 110899 | | | 060100 | 30 | 167587 | 236 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 070100 | 31 | 191163 | 267 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 080100 | 31 | 214739 | 298 | |
| | | | | | | 110899 | | | 22816 | | 360 | 110899 | | | 090100 | 30 | 237555 | 328 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 100100 | 31 | 261131 | 359 | |
| | | | | | | 110899 | | | 22816 | | 360 | 110899 | | | 110100 | 30 | 283947 | 389 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 120100 | 31 | 307523 | 420 | |
| | | | | XX | | 110899 | | | 8366 | | | 110899 | | | 010101 | 11 | 315889 | | |
| | | | | | | 110899 | | | 14486 | | 372 | 110899 | | | 011201 | 20 | 330375 | 451 | |
| | | | | XX | | 110899 | | | 5794 | | | 110899 | | | 020101 | 8 | 336169 | | |
| | | | | | | 110899 | | | 13762 | | 336 | 110899 | | | 020901 | 20 | 349931 | 479 | |
| | | | | XX | | 110899 | | | 19955 | | | 110899 | | | 030101 | 29 | 369886 | | |
| | | | | | | 110899 | | | 1304 | | 372 | 110899 | | | 033001 | 2 | 371190 | 510 | |
| | | | | XX | | 110899 | | | 16949 | | | 110899 | | | 040101 | 26 | 388139 | | |
| | | | | | | 110899 | | | 2463 | | 360 | 110899 | | | 042701 | 4 | 390602 | 540 | |
| | | | | XX | | 110899 | | | 14776 | | | 110899 | | | 050101 | 24 | 405378 | | C |
| | | | | | | 110899 | | 2607500 | 4056 | | 372 | 110899 | | | 052501 | 7 | 409434 | 571 | C |
| KMFHB47A2YC111828 | 00 | GVWR | | BP | 2617500 | 083199 | 26175 | | | | | 083199 | | | | | | | |
| | | | | XX | | 083199 | | | 1963 | | | 083199 | | | 083199 | 3 | 1963 | | |
| | | | | | | 083199 | | | 18832 | | 713 | 083199 | | | 090399 | 28 | 20795 | 31 | |
| | | | | | | 083199 | | | 20849 | | 713 | 083199 | | | 100199 | 31 | 41644 | 62 | |
| | | | | XX | | 083199 | | | 16814 | | | 083199 | | | 110199 | 25 | 58458 | | |
| | | | | | | 083199 | | | 3454 | | 690 | 083199 | | | 112699 | 5 | 61912 | 92 | |
| | | | | | | 083199 | | | 21413 | | 713 | 083199 | | | 120199 | 31 | 83325 | 123 | |
| | | | | | | 083199 | | | 21413 | | 713 | 083199 | | | 010100 | 31 | 104738 | 154 | |
| | | | | XX | | 083199 | | | 6907 | | | 083199 | | | 020100 | 10 | 111645 | | |
| | | | | | | 083199 | | | 13469 | | 667 | 083199 | | | 021100 | 19 | 125114 | 183 | |
| | | | | XX | | 083199 | | | 21267 | | | 083199 | | | 030100 | 30 | 146381 | | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT
31-DEALER INTEREST PAYMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION
FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 08-31-01 PAGE 07

| VEHICLE DESCRIPTION SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAND (19) | DEFER. INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 080100 | 31 | 144536 | 53 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 090100 | 30 | 226349 | 83 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 100100 | 31 | 310889 | 114 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 110100 | 30 | 392702 | 144 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 120100 | 31 | 477242 | 175 | |
| | | | | XX | | 071000 | | | 29998 | | | 071000 | | | 010101 | 11 | 507240 | | |
| | | | | | | 071000 | | | 51945 | | 372 | 071000 | | | 011201 | 20 | 559185 | 206 | |
| | | | | XX | | 071000 | | | 20778 | | | 071000 | | | 020101 | 8 | 579963 | | |
| | | | | | | 071000 | | | 49348 | | 336 | 071000 | | | 020901 | 20 | 629311 | 234 | |
| | | | | XX | | 071000 | | | 71554 | | | 071000 | | | 030101 | 29 | 700865 | | |
| | | | | | | 071000 | | | 4675 | | 372 | 071000 | | | 033001 | 2 | 705540 | 265 | |
| | | | | XX | | 071000 | | | 60775 | | | 071000 | | | 040101 | 26 | 766315 | | |
| | | | | | | 071000 | | | 8831 | | 360 | 071000 | | | 042701 | 4 | 775146 | 295 | |
| | | | | XX | | 071000 | | | 52984 | | | 071000 | | | 050101 | 24 | 828130 | | |
| | | | | | | 071000 | | | 14545 | | 372 | 071000 | | | 052501 | 7 | 842675 | 326 | |
| | | | | | | 071000 | | | 62334 | | 360 | 071000 | | | 060101 | 30 | 905009 | 356 | |
| | | | | XX | | 071000 | | | 10389 | | | 071000 | | | 070101 | 5 | 915398 | | |
| | | | | | | 071000 | | | 52334 | | 372 | 071000 | | | 070601 | 26 | 967732 | 387 | |
| | | | | XX | | 071000 | | | 60386 | | | 071000 | | | 080101 | 30 | | | C |
| | | | | | | 071000 | | 9350000 | 1948 | | 372 | 071000 | | | 083101 | 1 | 30066 | 418 | C |
| KMFVC88D5YC003252 | 00 | BERNG | | DP | 9350000 | 071000 | 93500 | | | | | 071000 | | | | | | | |
| | | | | | | 071000 | | | 59996 | | 264 | 071000 | | | 071000 | 22 | 59996 | 22 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 080100 | 31 | 144536 | 53 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 090100 | 30 | 226349 | 83 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 100100 | 31 | 310889 | 114 | |
| | | | | | | 071000 | | | 81813 | | 360 | 071000 | | | 110100 | 30 | 392702 | 144 | |
| | | | | | | 071000 | | | 84540 | | 372 | 071000 | | | 120100 | 31 | 477242 | 175 | |
| | | | | XX | | 071000 | | | 29998 | | | 071000 | | | 010101 | 11 | 507240 | | |
| | | | | | | 071000 | | | 51945 | | 372 | 071000 | | | 011201 | 20 | 559185 | 206 | |
| | | | | XX | | 071000 | | | 20778 | | | 071000 | | | 020101 | 8 | 579963 | | |
| | | | | | | 071000 | | | 49348 | | 336 | 071000 | | | 020901 | 20 | 629311 | 234 | |
| | | | | XX | | 071000 | | | 71554 | | | 071000 | | | 030101 | 29 | 700865 | | |
| | | | | | | 071000 | | | 4675 | | 372 | 071000 | | | 033001 | 2 | 705540 | 265 | |
| | | | | XX | | 071000 | | | 60775 | | | 071000 | | | 040101 | 26 | 766315 | | |
| | | | | | | 071000 | | | 8831 | | 360 | 071000 | | | 042701 | 4 | 775146 | 295 | |
| | | | | XX | | 071000 | | | 52984 | | | 071000 | | | 050101 | 24 | 828130 | | |
| | | | | | | 071000 | | | 14545 | | 372 | 071000 | | | 052501 | 7 | 842675 | 326 | |
| | | | | | | 071000 | | | 62334 | | 360 | 071000 | | | 060101 | 30 | 905009 | 356 | |
| | | | | XX | | 071000 | | | 10389 | | | 071000 | | | 070101 | 5 | 915398 | | |
| | | | | | | 071000 | | | 52334 | | 372 | 071000 | | | 070601 | 26 | 967732 | 387 | |

RI

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FMCC-FORM ... AUG 88

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

FORD MOTOR CREDIT COMPANY

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 08-31-01 PAGE 05

| Serial Number (1) | Yr. (2) | Make (3) | Date (4) | Cd. (5) | Amount (6) | Interest Start Date (7) | Balance Original (8) | Balance Outstanding (9) | Interest (10) | Demo Ins (11) | Flat (12) | Flat Start Date (13) | Instalment and Assignment Maturities Amount (14) | Type (15) | Comp Date (16) | Days (17) | Accrued Interest Charges (18) | No. Days Vehicle Outstand. (19) | Defer. Indic. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 070100 | 31 | 297030 | 300 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 080100 | 31 | 329865 | 331 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 090100 | 30 | 361641 | 361 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 100100 | 31 | 394476 | 392 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 110100 | 30 | 426252 | 422 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 120100 | 31 | 459087 | 453 | |
| | | | | XX | | 100699 | | | 11651 | | | 100699 | | | 010101 | 11 | 470738 | | |
| | | | | | | 100699 | | | 20175 | | 372 | 100699 | | | 011201 | 20 | 490913 | 484 | |
| | | | | XX | | 100699 | | | 8070 | | | 100699 | | | 020101 | 8 | 498983 | | |
| | | | | | | 100699 | | | 19166 | | 336 | 100699 | | | 020901 | 20 | 518149 | 512 | |
| | | | | XX | | 100699 | | | 27791 | | | 100699 | | | 030101 | 29 | 545940 | | |
| | | | | | | 100699 | | | 1816 | | 372 | 100699 | | | 033001 | 2 | 547756 | 543 | |
| | | | | XX | | 100699 | | | 23605 | | | 100699 | | | 040101 | 26 | 571361 | | |
| | | | | | | 100699 | | | 3430 | | 360 | 100699 | | | 042701 | 4 | 574791 | 573 | |
| | | | | XX | | 100699 | | | 20579 | | | 100699 | | | 050101 | 24 | 595370 | | |
| | | | | | | 100699 | | | 5649 | | 372 | 100699 | | | 052501 | 7 | 601019 | 604 | |
| | | | | | | 100699 | | | 24210 | | 360 | 100699 | | | 060101 | 30 | 625229 | 634 | |
| | | | | XX | | 100699 | | | 4035 | | | 100699 | | | 070101 | 5 | 629264 | | |
| | | | | | | 100699 | | | 20326 | | 372 | 100699 | | | 070601 | 26 | 649590 | 665 | |
| | | | | XX | | 100699 | | | 23454 | | | 100699 | | | 080101 | 30 | 673044 | | C |
| | | | | | | 100699 | | | 757 | | 372 | 100699 | | | 083101 | 1 | 673801 | 696 | C |
| KMFPB69B6YC005251 | 00 | GVWR | | BP | ✓3631500 | 100699 | 36315 | 3631500 | | | | 100699 | | | | | | | |
| | | | | | | 100699 | | | 24261 | | 598 | 100699 | | | 100699 | 26 | 24261 | 26 | |
| | | | | XX | | 100699 | | | 23328 | | | 100699 | | | 110199 | 25 | 47589 | | |
| | | | | | | 100699 | | | 4792 | | 690 | 100699 | | | 112699 | 5 | 52381 | 56 | |
| | | | | | | 100699 | | | 29708 | | 713 | 100699 | | | 120199 | 31 | 82089 | 87 | |
| | | | | | | 100699 | | | 29708 | | 713 | 100699 | | | 010100 | 31 | 111797 | 118 | |
| | | | | XX | | 100699 | | | 9583 | | | 100699 | | | 020100 | 10 | 121380 | | |
| | | | | | | 100699 | | | 18687 | | 667 | 100699 | | | 021100 | 19 | 140067 | 147 | |
| | | | | XX | | 100699 | | | 29506 | | | 100699 | | | 030100 | 30 | 169573 | | |
| | | | | | | 100699 | | | 1009 | | 713 | 100699 | | | 033100 | 1 | 170582 | 178 | |
| | | | | | | 100699 | | | 30263 | | 360 | 100699 | | | 040100 | 30 | 200845 | 208 | |
| | | | | XX | | 100699 | | | 25219 | | | 100699 | | | 050100 | 25 | 226064 | | |
| | | | | | | 100699 | | | 6355 | | 372 | 100699 | | | 052600 | 6 | 232419 | 239 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 060100 | 30 | 264195 | 269 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 070100 | 31 | 297030 | 300 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 080100 | 31 | 329865 | 331 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 090100 | 30 | 361641 | 361 | |
| | | | | | | 100699 | | | 32835 | | 372 | 100699 | | | 100100 | 31 | 394476 | 392 | |
| | | | | | | 100699 | | | 31776 | | 360 | 100699 | | | 110100 | 30 | 426252 | 422 | |

RI

| Interest Charges | Demo Ins. Charges | Flat Charges | Assignment of Proceeds | Assignment Maturities | | Ave O/S $(000) | Instalment Maturities Due | Bank Clear | Demo Ins. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Beginning Balance | Purchases | Liquidations | Adjustments | Ending Balance | Pres. Flat Chrg. Code | Next Month Instalment Maturities | Wholesale Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
U3-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT
08-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
16-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 08-31-01 PAGE 03

| SERIAL NUMBER (1) | YR. (2) | MAKE (3) | DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | ORIGINAL (8) | OUTSTANDING (9) | INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | COMP DATE (16) | DAYS (17) | ACCRUED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAND (19) | DEFER. INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 063099 | | | 29790 | | 713 | 063099 | | | 120199 | 31 | 172140 | 185 | |
| | | | | | | 063099 | | | 29790 | | 713 | 063099 | | | 010100 | 31 | 201930 | 216 | |
| | | | | XX | | 063099 | | | 9610 | | | 063099 | | | 020100 | 10 | 211540 | | |
| | | | | | | 063099 | | | 18739 | | 667 | 063099 | | | 021100 | 19 | 230279 | 245 | |
| | | | | XX | | 063099 | | | 29587 | | | 063099 | | | 030100 | 30 | 259866 | | |
| | | | | | | 063099 | | | 1012 | | 713 | 063099 | | | 033100 | 1 | 260878 | 276 | |
| | | | | | | 063099 | | | 30346 | | 360 | 063099 | | | 040100 | 30 | 291224 | 306 | |
| | | | | XX | | 063099 | | | 25288 | | | 063099 | | | 050100 | 25 | 316512 | | |
| | | | | | | 063099 | | | 6373 | | 372 | 063099 | | | 052600 | 6 | 322885 | 337 | |
| | | | | | | 063099 | | | 31863 | | 360 | 063099 | | | 060100 | 30 | 354748 | 367 | |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 070100 | 31 | 387673 | 398 | |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 080100 | 31 | 420598 | 429 | |
| | | | | | | 063099 | | | 31863 | | 360 | 063099 | | | 090100 | 30 | 452461 | 459 | |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 100100 | 31 | 485386 | 490 | |
| | | | | | | 063099 | | | 31863 | | 360 | 063099 | | | 110100 | 30 | 517249 | 520 | |
| | | | | | | 063099 | | | 32925 | | 372 | 063099 | | | 120100 | 31 | 550174 | 551 | |
| | | | | XX | | 063099 | | | 11683 | | | 063099 | | | 010101 | 11 | 561857 | | |
| | | | | | | 063099 | | | 20231 | | 372 | 063099 | | | 011201 | 20 | 582088 | 582 | |
| | | | | XX | | 063099 | | | 8092 | | | 063099 | | | 020101 | 8 | 590180 | | |
| | | | | | | 063099 | | | 19219 | | 336 | 063099 | | | 020901 | 20 | 609399 | 610 | |
| | | | | XX | | 063099 | | | 27868 | | | 063099 | | | 030101 | 29 | 637267 | | |
| | | | | | | 063099 | | | 1821 | | 372 | 063099 | | | 033001 | 2 | 639088 | 641 | |
| | | | | XX | | 063099 | | | 23670 | | | 063099 | | | 040101 | 26 | 662758 | | |
| | | | | | | 063099 | | | 3439 | | 360 | 063099 | | | 042701 | 4 | 666197 | 671 | |
| | | | | XX | | 063099 | | | 20635 | | | 063099 | | | 050101 | 24 | 686832 | | |
| | | | | | | 063099 | | | 5665 | | 372 | 063099 | | | 052501 | 7 | 692497 | 702 | |
| | | | | | | 063099 | | | 24277 | | 360 | 063099 | | | 060101 | 30 | 716774 | 732 | |
| | | | | XX | | 063099 | | | 4046 | | | 063099 | | | 070101 | 5 | 720820 | | |
| | | | | | | 063099 | | | 20382 | | 372 | 063099 | | | 070601 | 26 | 741202 | 763 | |
| | | | | XX | | 063099 | | | 23518 | | | 063099 | | | 080101 | 30 | | | C |
| | | | | | | 063099 | | 3641500 | 759 | | 372 | 063099 | | | 083101 | 1 | 765479 | 794 | C |
| KMFLB69B2YC004080 | 00 | GVWR | | BP | 3641500 | 100699 | 36415 | | | | | 100699 | | | | | | | |
| | | | | | | 100699 | | | 24327 | | 598 | 100699 | | | 100699 | 26 | 24327 | 26 | |
| | | | | XX | | 100699 | | | 23392 | | | 100699 | | | 110199 | 25 | 47719 | | |
| | | | | | | 100699 | | | 4805 | | 690 | 100699 | | | 112699 | 5 | 52524 | 56 | |
| | | | | | | 100699 | | | 29790 | | 713 | 100699 | | | 120199 | 31 | 82314 | 87 | |
| | | | | | | 100699 | | | 29790 | | 713 | 100699 | | | 010100 | 31 | 112104 | 118 | |
| | | | | XX | | 100699 | | | 9610 | | | 100699 | | | 020100 | 10 | 121714 | | |
| | | | | | | 100699 | | | 18739 | | 667 | 100699 | | | 021100 | 19 | 140453 | 147 | |
| | | | | XX | | 100699 | | | 29587 | | | 100699 | | | 030100 | 30 | 170040 | | |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $1000 | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

FMCC FORM 11197 AUG 88

LEGEND

CODES

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
O-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
16-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

AUTOMOTIVE WHOLESALE DEALER'S ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A957
DATE 08-31-01 PAGE 01

RI

SEP 11 REC'D

| VEHICLE DESCRIPTION SERIAL NUMBER (1) | YR (2) | MAKE (3) | TRANSACTION DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAND (19) | DEFER. INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KMFHB47AXYC115030 | 00 | GVWR | | BP | ✓2607500 | 110899 | 26075 | | | | | 110899 | | | | | | | |
| | | | | XX | | 110899 | | | 12060 | | | 110899 | | | 110899 | 18 | 12060 | | |
| | | | | | | 110899 | | | 3440 | | 529 | 110899 | | | 112699 | 5 | 15500 | 23 | |
| | | | | | | 110899 | | | 21331 | | 713 | 110899 | | | 120199 | 31 | 36831 | 54 | |
| | | | | | | 110899 | | | 21331 | | 713 | 110899 | | | 010100 | 31 | 58162 | 85 | |
| | | | | XX | | 110899 | | | 6881 | | | 110899 | | | 020100 | 10 | 65043 | | |
| | | | | | | 110899 | | | 13418 | | 667 | 110899 | | | 021100 | 19 | 78461 | 114 | |
| | | | | XX | | 110899 | | | 21186 | | | 110899 | | | 030100 | 30 | 99647 | | |
| | | | | | | 110899 | | | 724 | | 713 | 110899 | | | 033100 | 1 | 100371 | 145 | |
| | | | | | | 110899 | | | 21729 | | 360 | 110899 | | | 040100 | 30 | 122100 | 175 | |
| | | | | XX | | 110899 | | | 18108 | | | 110899 | | | 050100 | 25 | 140208 | | |
| | | | | | | 110899 | | | 4563 | | 372 | 110899 | | | 052600 | 6 | 144771 | 206 | |
| | | | | | | 110899 | | | 22816 | | 360 | 110899 | | | 060100 | 30 | 167587 | 236 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 070100 | 31 | 191163 | 267 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 080100 | 31 | 214739 | 298 | |
| | | | | | | 110899 | | | 22816 | | 360 | 110899 | | | 090100 | 30 | 237555 | 328 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 100100 | 31 | 261131 | 359 | |
| | | | | | | 110899 | | | 22816 | | 360 | 110899 | | | 110100 | 30 | 283947 | 389 | |
| | | | | | | 110899 | | | 23576 | | 372 | 110899 | | | 120100 | 31 | 307523 | 420 | |
| | | | | XX | | 110899 | | | 8366 | | | 110899 | | | 010101 | 11 | 315889 | | |
| | | | | | | 110899 | | | 14486 | | 372 | 110899 | | | 011201 | 20 | 330375 | 451 | |
| | | | | XX | | 110899 | | | 5794 | | | 110899 | | | 020101 | 8 | 336169 | | |
| | | | | | | 110899 | | | 13762 | | 336 | 110899 | | | 020901 | 20 | 349931 | 479 | |
| | | | | XX | | 110899 | | | 19955 | | | 110899 | | | 030101 | 29 | 369886 | | |
| | | | | | | 110899 | | | 1304 | | 372 | 110899 | | | 033001 | 2 | 371190 | 510 | |
| | | | | XX | | 110899 | | | 16949 | | | 110899 | | | 040101 | 26 | 388139 | | |
| | | | | | | 110899 | | | 2463 | | 360 | 110899 | | | 042701 | 4 | 390602 | 540 | |
| | | | | XX | | 110899 | | | 14776 | | | 110899 | | | 050101 | 24 | 405378 | | |
| | | | | | | 110899 | | | 4056 | | 372 | 110899 | | | 052501 | 7 | 409434 | 571 | |
| | | | | | | 110899 | | | 17383 | | 360 | 110899 | | | 060101 | 30 | 426817 | 601 | |
| | | | | XX | | 110899 | | | 2897 | | | 110899 | | | 070101 | 5 | 429714 | | |
| | | | | | | 110899 | | | 14595 | | 372 | 110899 | | | 070601 | 26 | 444309 | 632 | |
| | | | | XX | | 110899 | | | 16840 | | | 110899 | | | 080101 | 30 | | | C |
| | | | | | | 110899 | | 2607500 | 543 | | 372 | 110899 | | | 083101 | 1 | 461692 | 663 | C |
| KMFHB47A2YC111828 | 00 | GVWR | | BP | ✓2617500 | 083199 | 26175 | | | | | 083199 | | | | | | | |
| | | | | XX | | 083199 | | | 1963 | | | 083199 | | | 083199 | 3 | 1963 | | |
| | | | | | | 083199 | | | 18832 | | 713 | 083199 | | | 090399 | 28 | 20795 | 31 | |
| | | | | | | 083199 | | | 20849 | | 713 | 083199 | | | 100199 | 31 | 41644 | 62 | |
| | | | | XX | | 083199 | | | 16814 | | | 083199 | | | 110199 | 25 | 58458 | | |
| | | | | | | 083199 | | | 3454 | | 690 | 083199 | | | 112699 | 5 | 61912 | 92 | |

RI

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BP-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
OP-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
XP-TRANSFER TRANSACTIONS
XX-SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT

10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT

RHODE ISLAND MACK SALES &
80 CENTRE OF NEW ENGLAND
COVENTRY RI
02816

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FORD MOTOR CREDIT COMPANY

# AUTOMOTIVE WHOLESALE DEALER'S MONTHLY ACTIVITY REGISTER

RHODE ISLAND MACK SALES &

DEALER NUMBER BH-A995
DATE 08-31-01 PAGE 01

| VEHICLE DESCRIPTION SERIAL NUMBER (1) | YR. (2) | MAKE (3) | TRANSACTION DATE (4) | CD. (5) | AMOUNT (6) | INTEREST START DATE (7) | BALANCE ORIGINAL (8) | OUTSTANDING (9) | CURRENT CHARGES INTEREST (10) | DEMO INS (11) | FLAT (12) | FLAT START DATE (13) | INSTALMENT AND ASSIGNMENT MATURITIES AMOUNT (14) | TYPE (15) | INTEREST DATA COMP DATE (16) | DAYS (17) | ACCUMED INTEREST CHARGES (18) | NO. DAYS VEHICLE OUTSTAD (19) | DEFER. INDIC. (20) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KMFLB69B6YC004065 | 00 | MD | | BP | 3641500 | 063099 | 36415 | | | | | 063099 | | | | | | | |
| | | | | XX | | 063099 | | | 7966 | | | 063099 | | | 063099 | 9 | 7966 | | |
| | | | | XX | | 063099 | | | 50981 | | | 063099 | | | 070999 | 56 | 58947 | | |
| | | | | | | 063099 | | | 26199 | | 1860 | 063099 | | | 090399 | 28 | 85146 | 93 | |
| | | | | | | 063099 | | | 29006 | | 620 | 063099 | | | 100199 | 31 | 114152 | 124 | |
| | | | | XX | | 063098 | | | 23392 | | | 063099 | | | 110199 | 25 | 137544 | | |
| | | | | | | 063099 | | | 4805 | | 600 | 063099 | | | 112699 | 5 | 142349 | 154 | |
| | | | | | | 063099 | | | 29790 | | 620 | 063099 | | | 120199 | 31 | 172139 | 185 | |
| | | | | | | 063099 | | | 29790 | | 620 | 063099 | | | 010100 | 31 | 201929 | 216 | |
| | | | | XX | | 063099 | | | 9610 | | | 063099 | | | 020100 | 10 | 211539 | | |
| | | | | | | 063099 | | | 18739 | | 580 | 063099 | | | 021100 | 19 | 230278 | 245 | |
| | | | | XX | | 063099 | | | 29587 | | | 063099 | | | 030100 | 30 | 259865 | | |
| | | | | | | 063099 | | | 1012 | | 620 | 063099 | | | 033100 | 1 | 260877 | 276 | |
| | | | | | | 063099 | | | 30346 | | 480 | 063099 | | | 040100 | 30 | 291223 | 306 | |
| | | | | XX | | 063099 | | | 25288 | | | 063099 | | | 050100 | 25 | 316511 | | |
| | | | | | | 063099 | | | 6373 | | 496 | 063099 | | | 052600 | 6 | 322884 | 337 | |
| | | | | | | 063099 | | | 31863 | | 480 | 063099 | | | 060100 | 30 | 354747 | 367 | |
| | | | | | | 063099 | | | 32925 | | 496 | 063099 | | | 070100 | 31 | 387672 | 398 | |
| | | | | | | 063099 | | | 32925 | | 496 | 063099 | | | 080100 | 31 | 420597 | 429 | |
| | | | | | | 063099 | | | 31863 | | 480 | 063099 | | | 090100 | 30 | 452460 | 459 | |
| | | | | | | 063099 | | | 32925 | | 496 | 063099 | | | 100100 | 31 | 485385 | 490 | |
| | | | | | | 063099 | | | 31863 | | 480 | 063099 | | | 110100 | 30 | 517248 | 520 | |
| | | | | | | 063099 | | | 32925 | | 496 | 063099 | | | 120100 | 31 | 550173 | 551 | |
| | | | XX | | | 063099 | | | 11683 | | | 063099 | | | 010101 | 11 | 561856 | | |
| | | | | | | 063099 | | | 20231 | | 496 | 063099 | | | 011201 | 20 | 582087 | 582 | |
| | | | XX | | | 063099 | | | 8092 | | | 063099 | | | 020101 | 8 | 590179 | | |
| | | | | | | 063099 | | | 19219 | | 448 | 063099 | | | 020901 | 20 | 609398 | 610 | |
| | | | XX | | | 063099 | | | 27868 | | | 063099 | | | 030101 | 29 | 637266 | | |
| | | | | | | 063099 | | | 1821 | | 496 | 063099 | | | 033001 | 2 | 639087 | 641 | |
| | | | XX | | | 063099 | | | 23670 | | | 063099 | | | 040101 | 26 | 662757 | | |
| | | | | | | 063099 | | | 3439 | | 480 | 063099 | | | 042701 | 4 | 666196 | 671 | |
| | | | XX | | | 063099 | | | 20635 | | | 063099 | | | 050101 | 24 | 686831 | | |
| | | | | | | 063099 | | | 5665 | | 496 | 063099 | | | 052501 | 7 | 692496 | 702 | |
| | | | | | | 063099 | | | 24277 | | 480 | 063099 | | | 060101 | 30 | 716773 | 732 | |
| | | | XX | | | 063099 | | | 4046 | | | 063099 | | | 070101 | 5 | 720819 | | |
| | | | | | | 063099 | | | 20382 | | 496 | 063099 | | | 070601 | 26 | 741201 | 763 | |
| | | | XX | | | 063099 | | | 23518 | | | 063099 | | | 080101 | 30 | | | C |
| | | | | | | 063099 | | 3641500 | 759 | | 496 | 063099 | | | 083101 | 1 | 765478 | 794 | C |

| INTEREST CHARGES | DEMO INS. CHARGES | FLAT CHARGES | ASSIGNMENT OF PROCEEDS | ASSIGNMENT MATURITIES | | AVE O/S $(000) | INSTALMENT MATURITIES DUE | BANK CLEAR | DEMO INS. |
|---|---|---|---|---|---|---|---|---|---|
| $242.77 | $0.00 | $4.96 | $0.00 | $0.00 | | | | 0 | N |

| BEGINNING BALANCE | PURCHASES | LIQUIDATIONS | ADJUSTMENTS | ENDING BALANCE | PRES. FLAT CHRG. CODE | NEXT MONTH INSTALMENT MATURITIES | WHOLESALE LINE |
|---|---|---|---|---|---|---|---|
| $36,415.00 | $0.00 | $0.00 | $0.00 | $36,415.00 | DN | | 50000 |

CODE (COLUMN 5) - DESCRIPTION OF TRANSACTION

BD-BANK DRAFT PURCHASE
DP-DIRECT PURCHASE
IP-INSTALMENT PURCHASE-FORD MOTOR CO
FP-FACTORY PURCHASE-FORD MOTOR CO
OO-OTHER
PP-PUERTO RICO PURCHASE
TP-TAKEOVER PURCHASE
X -TRANSFER TRANSACTIONS
X -SPLIT INTEREST CHARGES
P1-FIRST INSTALMENT PAYMENT-NON CMA
P2-SECOND INSTALMENT PAYMENT-NON CMA
P3-FIRST INSTALMENT PAYMENT-CMA
P4-SECOND INSTALMENT PAYMENT-CMA
01-VEHICLE PAYMENT
02-JOURNAL ENTRY-VEHICLE PAYMENT ADJ.
03-JOURNAL ENTRY-VEHICLE PAID OFF IN ERROR
04-JOURNAL ENTRY-PARTIAL PAYMENT APPLIED IN ERROR
05-WITHDRAWAL FROM CMA ACCOUNT
06-VEHICLE TRANSFER DEBIT
10-REDEPOSIT TO CMA ACCOUNT
11-FACTORY CREDIT-FORD MOTOR CO
12-JOURNAL ENTRY-CREDIT ADJ. TO DIRECT PURCHASE
13-JOURNAL ENTRY-INTEREST/FLAT CHARGE ADJUSTMENT
14-VEHICLE TRANSFER-CREDIT
15-CHANGE IN VEHICLE DESCRIPTION
17-DEMO-REG WHOLESALE
18-DEMO-DRIVER EDUCATION
19-DEMO-SERVICE RENTAL
20-DEMO-OTHER
21-DEMO-DATA CHANGE OR CORRECTION
22-DEMO-UNIT REMOVED FROM DEMO SERVICE
24-ASSIGNMENT OF PROCEEDS
25-RETURNED CHECK
26-RETURNED CHECK-PARTIAL PAYMENT
27-JOURNAL ENTRY-VEHICLE RECORDS REMOVED FROM DEALER STATUS
28-JOURNAL ENTRY-CREDIT BALANCE TRANSFERRED TO DEALER STATUS
29-DEALER DEBIT ADJUSTMENT
30-DEALER CREDIT ADJUSTMENT

RHODE ISLAND MACK SALES &
1 MACK DRIVE
AVON MA
02322

CODE (COLUMN 15) - DESCRIPTION

FIRST POSITION OF CODE

J-SECOND INSTALMENT DUE NEXT MONTH
K-SECOND INSTALMENT DUE
L-SECOND INSTALMENT PAST DUE

SECOND POSITION OF CODE

A-ASSIGNMENT OF PROCEEDS
E-UNIT EXTENDED CURTAILMENT RECEIVED
M-ASSIGNMENT OF PROCEEDS - MATURED
1-DEMO-REGULAR WHOLESALE
2-DEMO-DRIVER EDUCATION
3-DEMO-SERVICE RENTAL
4-DEMO-DEALER SERVICE
5-DEMO-OTHER
6-DEMO-CANCEL

FMCC FORM 11137 AUG 88