**ARBITRATION PURSUANT TO THE
ONTARIO ARBITRATION ACT, 1991 AND THE
ONTARIO INTERNATIONAL COMMERCIAL ARBITRATION ACT**

---

**HYUNDAI MOTOR COMPANY,**

**Claimant/Counter-Respondent,**

**v.**

**BERING TRUCK DISTRIBUTION, LLC,**

**Respondent/Counterclaimant.**

---

**BERING TRUCK CORPORATION and
BTC RESOLUTION, LLC,**

**Third-Party Claimant,**

**v.**

**HYUNDAI MOTOR COMPANY,**

**Third-Party Respondent.**

---

**ARBITRAL TRIBUNAL**

**JAMES H. CARTER (CHAIRMAN)**

**L. YVES FORTIER, QC**

**JONATHAN D. SCHILLER**

---

**AWARD**

---

218. To the extent that any party has made other allegations or claims in this arbitration that have not been withdrawn or abandoned, they are denied.

## VI.

## AWARD

219. The Tribunal awards BTC Resolution LLC the following amounts, to be paid by Hyundai Motor Company:

(a) Damages of US$5,692,160.00;

(b) Interest of US$1,188,339.00; and

(c) Costs of US$160,586.80.

James H. Carter
Chairman

L. Yves Fortier, QC
Arbitrator

Jonathan D. Schiller
Arbitrator

Dated: May 13, 2004
Toronto, Ontario