## Jim Reilly

**From:** Jim Reilly <jreilly@kkrs.com>
**To:** <prolove@hyundai-motor.com>
**Cc:** <tlodge@hudsoncompanies.com>
**Sent:** Thursday, January 10, 2002 3:02 PM
**Subject:** Bering new truck inventory - RI Mack Sales & Service, Inc.

Dear sir,

I serve as legal counsel to RI Mack Sales & Service Inc., a Rhode Island corporation which held a Bering truck franchise. On behalf of our client on March 22, 2001 we notified Bering that RI Mack had decided to terminate its Service Dealers Agreement. At that time we requested that Bering repurchase its vehicles as required by the Standard Provisions of the Bering Dealer Agreement. Bering never responded to this notice.

RI Mack currently has 11 new vehicles in its possession - 4 HD67, 5 MD26 and 2 LD15. Floor financing on all of these vehicles is with Ford Motor Credit.

It is our understanding that Hyundai has undertaken Bering's responsibilities in connection with its dealers and former dealers. Would you kindly have the proper Hyundai representative contact me to discuss the disposition of these vehicles. Thank you for your anticipated cooperation.

James H. Reilly
tel 401-272-1312

JAMES H. REILLY
TERRENCE G. SIMPSON
MARK A. McSALLY
DONALD J. MARONEY
ROBERT J. DONNELLY
ROBERT E. HARDMAN

EDMUND J. KELLY
(1926-1993)
FRANCIS A. KELLEHER
(1944-1983)

THE FRANCIS BUILDING
146 WESTMINSTER STREET
SUITE 500
PROVIDENCE, RI 02903
TELEPHONE (401) 272-1312
FAX (401) 331-9397
E-MAIL: INFO@KKRS.COM

NARRAGANSETT OFFICE
28 CASWELL STREET
NARRAGANSETT, RI 02882
(401) 789-7800

KELLY, KELLEHER, REILLY & SIMPSON
*Attorneys at Law*

January 25, 2002

Edward S. Merrill, Esquire
McCutchen, Doyle, Brown & Enersen, LLP
1333 North California Boulevard, Suite 210
Walnut Creek, California 94596-1270

Re: Rhode Island Mack Sales & Service, Inc.

Dear Mr. Merrill:

This office represents Rhode Island Mack Sales & Service, Inc., a Rhode Island corporation, which previously held a Bering Truck franchise. It is my understanding that you represent Hyundai which has undertaken Bering's responsibilities in connection with its dealers and former dealers.

On March 22, 2001, we notified Bering that Rhode Island Mack had decided to terminate its service dealer agreement. We requested that Bering repurchase its vehicles as required by the standard provisions of the Bering Dealer Agreement. Bering never responded to this notice prior to going out of business.

Rhode Island Mack currently has 11 new vehicles in its possession - 4 HD67, 5 MD26 and 2 LD15. Floor financing on all of these vehicles is with Ford Motor Credit. Would you kindly review this matter with Hyundai and contact me to discuss the disposition of these vehicles.

Thank you for your anticipated cooperation and assistance.

Very truly yours,

James H. Reilly

JHR/sss

cc: E. R. Lodge, Jr.

April 4, 2002

Mr. He Ung-Hwan Chung
Hyundai Motor Corporation

e-mail address: jhh0506@hyundai-motor.com

Dear Mr. Chung:

I have been advised that Hyundai Motor Corporation has assumed the operations, dealer network and obligations of Bering Trucks, Inc. In this context, I am soliciting your support and assistance in an attempt to resolve an outstanding issue between Rhode Island Mack Sales & Service, Inc. and Bering Trucks, Inc.

Rhode Island Mack Sales and Service Inc. was an authorized Bering Truck dealer in Coventry, Rhode Island and Avon, Massachusetts during the period of April 7, 1999 though June 22, 2001.

Rhode Island Mack elected to terminate our dealer agreement on March 22, 2001 (effective June 22, 2001) and notified Bering of this decision on this date as was required under Article 11.6 of the Standard Provisions of the Dealer Agreement. Written confirmation from Bering acknowledging this cancellation was received on May 11, 2001 and advised Rhode Island Mack that instructions as to how the current inventory was to be returned would be forthcoming. Rhode Island Mack has made numerous attempts to contact Bering and/or their representatives on the following dates:

| | |
|---|---|
| January 25, 2002 | Letter to Edward Merrill, Esq |
| January 10, 2002 | prolove@hyundai-motors.com |
| August 6, 2001 | Bering Truck Corporation |

Instructions have not been received from Bering as of this date and we still have two (2) LD's, five (5) MD's and four (4) mixers in our inventory. The LD and MD models are being financed by Ford Motor Credit Corporation while the four mixers where shipped to us by Bering on consignment. These trucks are being stored in a secure and protected area in Providence, Rhode Island.

Bering is also obligated to Rhode Island Mack for warranty reimbursement and sales concessions in the amount of $6,807.

I would appreciate your assistance in determining where, when and how the eleven (11) vehicles are to be returned to Bering or Hyundai. You may e-mail me at the address shown on this correspondence to you.

Sincerely,

William C. Kessel
Corporate Controller
Rhode Island Mack Sales & Service
The Hudson Companies