UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY | : | |
| v. | : | C.A. No. 05-137S |
| RHODE ISLAND MACK SALES & SERVICE, INC. | : | |

**MEMORANDUM AND ORDER**

Before the Court for determination are Defendant's Motions to Compel More Responsive Answers to Interrogatories (Document No. 12) and to Compel Production of Documents (Document No. 13). Plaintiff has objected to both Motions. (Document Nos. 14 and 15).

The Motions filed pursuant to Fed. R. Civ. P. 37(a)(2) present disputes as to ten (10) interrogatories and sixteen (16) document requests. However, notably absent from the Defendant's submissions is a discussion of any efforts to confer with Plaintiff in an effort to resolve or narrow the disputed items. Pursuant to Fed. R. Civ. P. 37(a)(2)(B), a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action." (emphasis added). Since Defendant's Motions fail to include the required certifications or, for that matter, any description of a reasonable effort to resolve these disputes without court intervention, the Motions to Compel (Document Nos. 12 and 13) must be and are DENIED for failure to comply with Fed. R. Civ. P. 37(a)(2)(B).

LINCOLN D. ALMOND
United States Magistrate Judge
March 16, 2006