JAMES H. REILLY
TERRENCE G. SIMPSON
MARK A. McSALLY
DONALD J. MARONEY
ROBERT J. DONNELLY
LAWRENCE J. SIGNORE

EDMUND J. KELLY
(1926-1993)
FRANCIS A. KELLEHER
(1944-1983)

THE FRANCIS BUILDING
146 WESTMINSTER STREET
SUITE 500
PROVIDENCE, RI 02903
TELEPHONE (401) 272-1312
FAX (401) 331-9397
E-MAIL: INFO@KKRS.COM

NARRAGANSETT OFFICE
28 CASWELL STREET
NARRAGANSETT, RI 02882
(401) 789-7800

KELLY, KELLEHER, REILLY & SIMPSON
*Attorneys at Law*

January 30, 2006

**VIA FACSIMILE AND REGULAR MAIL**

Thomas W. Lyons, Esquire
Strauss Factor Laing & Lyons
222 Richmond Street - Suite 208
Providence, Rhode Island 02903

Re: <u>Ford Motor Credit Company v. RI Mack Sales & Service, Inc.</u>

Dear Mr. Lyons:

I have received what purports to be the plaintiff's response to our request for production. The response reportedly refers to FMCC's Objection. Please advise if a separate form of Objection was filed or the reasons for the objections otherwise noted.

In reviewing the documents which FMCC has produced, it appears to me that you have merely re-copied the documents produced by the defendant. The only new documents I find are the February 23, 2004 correspondence to Ford Motor Credit from attorney C. Alexa Abowitz with enclosures and a "Dealer Status" report dated August 13, 2002. Since I believe that Ford Motor Credit's response is totally unresponsive, I will be filing a Motion to Compel.

Please call me if you would like to discuss this matter further.

Very truly yours,

James H. Reilly

JHR/sss