**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FORD MOTOR CREDIT COMPANY :
:
-vs- : C.A. NO. 05-137S
:
RHODE ISLAND MACK SALES :
& SERVICE, INC. :

**DEFENDANT'S MOTION FOR RECONSIDERATION OR ALTERNATIVE AMENDED MOTION TO COMPEL PRODUCTION AND AMENDED MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Defendant, Rhode Island Mack Sales and Service, Inc., hereby moves for the Court's reconsideration of its Motion to Compel More Responsive Answers to Interrogatories and to Compel Production of Documents or Amends its Motions to Compel Production of Documents and More Responsive Answers to Interrogatories as said defendant has complied with the Federal Rules of Civil Procedure 37(a)(2) as shown in the Memorandum filed in support of this motion.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

CERTIFICATION

The undersigned certifies that I have in good faith conferred with Thomas w. Lyons, Esquire, counsel for plaintiff, Ford Motor Credit Company, in an effort to secure the discovery sought without court action.

To: Thomas W. Lyons, Esquire
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within Motion to the above counsel of record on March 20, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY | : | |
| | : | |
| -vs- | : | C.A. NO. 05-137S |
| | : | |
| RHODE ISLAND MACK SALES & SERVICE, INC. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION OR ALTERNATIVE AMENDED MOTION TO COMPEL PRODUCTION AND AMENDED MOTION FOR MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

On or about February 26, 2006, defendant, Rhode Island Mack Sales & Service, Inc., filed a Motion to Compel Production and a Motion to Compel More Responsive Answers to Interrogatories. Counsel inadvertently failed to comply with Federal Rule 37(a)(2)(b) to certify that attempts had been made with plaintiff's counsel to resolve the dispute without court intervention. Attached hereto is a copy of correspondence sent to plaintiff's counsel on January 30, 2006. Counsel thereafter conferred by telephone and plaintiff's counsel indicated that it would be necessary for the defendant to seek a Court Order to compel further discovery.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)