# ATTACHMENT A

**ARBITRATION PURSUANT TO THE**
**ONTARIO ARBITRATION ACT, 1991 AND THE**
**ONTARIO INTERNATIONAL COMMERCIAL ARBITRATION ACT**

---

**HYUNDAI MOTOR COMPANY,**

**Claimant/Counter-Respondent,**

**v.**

**BERING TRUCK DISTRIBUTION, LLC,**

**Respondent/Counterclaimant.**

---

**BERING TRUCK CORPORATION and**
**BTC RESOLUTION, LLC,**

**Third-Party Claimant,**

**v.**

**HYUNDAI MOTOR COMPANY,**

**Third-Party Respondent.**

---

**ARBITRAL TRIBUNAL**

**JAMES H. CARTER (CHAIRMAN)**

**L. YVES FORTIER, QC**

**JONATHAN D. SCHILLER**

---

**AWARD**

---

1. This arbitration arises from two Agreements, both dated March 10, 1998: (a) a Distribution Agreement between Hyundai Motor Company ("Hyundai"), organized and existing under the laws of the Republic of Korea, and Bering Truck Distribution, LLC, a limited liability company organized and existing under the laws of the State of Delaware, United States of America (the "Distribution Agreement), and (b) a Technical License and Supply Agreement between Bering Truck Corporation, a corporation also organized and existing under the laws of the State of Delaware, and Hyundai (the "License Agreement").

2. The Bering parties proposed to develop a new line of commercial truck products, to be sold under the "Bering" name, manufactured by Hyundai in Korea but adapted for sale for the first time in the United States market. The Agreements involved arrangements for the development, importation into and sale in the U.S. of those Hyundai-manufactured commercial vehicles.

3. The present disputes arise because Hyundai terminated the Agreements on November 20, 2000. Hyundai relied principally on Bering's failure to pay for commercial trucks delivered by Hyundai to Bering. In its response and counterclaims, Bering alleges, among other things, that many of the trucks were unordered and that Hyundai wrongfully terminated the Agreements.

4. The two Agreements contain arbitration provisions, identical except with respect to the Parties' names, stating as follows:

218. To the extent that any party has made other allegations or claims in this arbitration that have not been withdrawn or abandoned, they are denied.

## VI.

## AWARD

219. The Tribunal awards BTC Resolution LLC the following amounts, to be paid by Hyundai Motor Company:

(a) Damages of US$5,692,160.00;

(b) Interest of US$1,188,339.00; and

(c) Costs of US$160,586.80.

James H. Carter
Chairman

L. Yves Fortier, QC
Arbitrator

Jonathan D. Schiller
Arbitrator

Dated: May 13, 2004
Toronto, Ontario