**United States District Court**
**District of Rhode Island**

Ford Motor Credit Company

vs.

Rhode Island Mack Sales & Service

State of Delaware
County of New Castle

**Affidavit of James Byrne**

James Byrne(s), being duly sworn, states:

1. I am currently employed as a Commercial Truck Account Manager with Pacifico Auto Group where I handle major accounts. I have held my current position since November 2000.

2. I have extensive experience in automotive sales, negotiation, wholesale and retail automotive financing, and relationship building. From 1982 to 1997, I worked for Ford Motor Credit Company ("FMCC"). During my last five years at FMCC,
I held the position of Operations Manager for Commercial Vehicle Financing. As an Operations Manager, my responsibilities were varied and included negotiating with dealers and auto financing. From March 1997 to November 2000, I worked for O'Connor Truck Sales in Philadelphia. At O'Connor, I worked as General Manager overseeing the entire truck sales operations. In addition, I also was a Ford Brand Manager at O'Connor where I handled sales relationship building for a network of new and used truck dealerships.

3. From approximately January 2003 to June 2004, I was employed by Ford Motor Credit Company as a Consultant. In that position, my responsibilities were to sell repossessed vehicles that FMCC had acquired by repossession from Bering dealers around the country.

4. While at O'Connor Truck Sales, I developed a network of dealership contacts and built relationships with approximately 1,500 organizations.

5. I built a database of my contacts.

6. Because Bering ceased operations, it was difficult to get parts for the vehicles. This resulted in a reduction of Bering dealer demand for the Bering vehicles.

7. I tried selling some of the Bering vehicles through auction but they did not sell.
Based on my years of experience, I determined that we would obtain that highest price through private sales of individual vehicles to the highest bidders rather than through a group sale or through an auction.

8. FMCC listed the Bering vehicles for sale on its website. In addition, it mailed to all former Bering dealers a flyer advertising the sales of these vehicles. A larger body of dealers was also contacted through email solicitations. In addition, I leveraged my past contacts and relationships to e-mail specifications, pictures, and details concerning the vehicles to my approximately 1,500 contacts.

9. A major complication of these sales efforts was the unfortunate fact that Bering had gone out of business. This raises doubts among prospective purchasers as to whether they will be able to obtain parts and otherwise get their vehicles serviced.
In addition, the passage of time affected the components on the unused vehicles creating the need for repairs and/or maintenance.

10. As a result of these efforts, I sold between 200 and 300 vehicles, including the eleven vehicles that are the subject of this lawsuit to the highest bidders.

11. Some of the eleven vehicles sold required repairs or some maintenance to increase their sales value.

12. The costs of sale for each of the respective vehicles and the sales prices obtained are as follows:

| Serial No. | Sales Date | Sale Proceeds | Expenses |
|---|---|---|---|
| KMFHB47AXYC115030 | 05/06/2003 | $16,000 | $0.00 |
| KMFHB47A2YC111828 | 04/28/2002 | $16,000 | $114.00 |
| KMFLB69B2YC004063 | 08/18/2003 | $16,367.61 | $5,386.00 |
| KMFLB69B2YC004080 | 06/25/2003 | $20,000 | $364.00 |
| KMFPB69B0YC005259 | 05/16/2003 | $22,320 | $364.00 |
| KMFPB69B6YC005251 | 07/01/2003 | $18,261.90 | $4,208.10 |
| KMFVC88D3YC003248 | 12/11/2002 | $50,000 | $0.00 |
| KMFVC88D3YC003251 | 03/18/2003 | $50,000 | $0.00 |
| KMFVC88D5YC003252 | 02/21/2003 | $50,000 | $250.00 |
| KMFVC88D9YC003254 | 04/16/2003 | $50,000 | $250.00 |
| KMFHBA742YC004065 | 09/04/2003 | $20,000 | $0.00 |

13. It is my opinion to a reasonable degree of certainty that based on my experience and training in liquidating repossessed and used vehicles that these costs and prices are reasonable and fairly represent the market value of the vehicles.

[signature]
James Byrne

DATED: 4/28/06

Subscribed and sworn before me:

[signature] Barbara A. Fischer
Notary Public

BARBARA A. FISCHER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires October 13, 2008