UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY | : | |
| | : | |
| -vs- | : | C.A. NO. 05-137S |
| | : | |
| RHODE ISLAND MACK SALES & SERVICE, INC. | : | |

**MOTION FOR EXTENSION**

Defendant, Rhode Island Mack Sales & Service, Inc., hereby moves to extend the fact discovery disclosure date and dispositive motion filing date until August 17, 2006. In support of its motion, defendant submits the attached Memorandum.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Thomas W. Lyons, Esquire
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within Motion to the above counsel of record on May 3, 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY | : | |
| | : | |
| -vs- | : | C.A. NO. 05-137S |
| | : | |
| RHODE ISLAND MACK SALES & SERVICE, INC. | : | |

**MEMORANDUM OF RHODE ISLAND MACK SALES & SERVICE, INC. IN SUPPORT OF ITS MOTION FOR EXTENSION**

**Travel of the Case**

Defendant, Rhode Island Mack Sales & Service, Inc. ("RI Mack") filed an Answer to plaintiff Ford Motor Credit Company's ("FMCC") Complaint on or about April 22, 2005 and pled the Affirmative Defenses of fraud, laches, waiver and plaintiff's failure to dispose of collateral in a commercially reasonable manner.

On June 23, 2005, RI Mack submitted its Settlement Conference Statement. As a result of a Settlement Conference held on June 27, 2005, a Pretrial Order was entered providing for a Discovery Closure Date of January 17, 2006. On August 26, 2005, RI Mack propounded Interrogatories to FMCC and a Request for Production of Documents. On or about September 29, 2005, the parties filed an Enlargement Stipulation allowing FMCC until October 6, 2005 to respond to RI Mack's discovery. On December 30, 2005, RI Mack provided its Answers to Interrogatories and Document Production to FMCC. On January 25, 2006, the Court granted the parties Joint Motion to extend the discovery closure date an additional ninety days. On January 13, 2006, FMCC responded to Plaintiff's

Request for Production of Documents and on February 2, 2006, RI Mack received FMCC's Answers to Interrogatories.

RI Mack's discovery sought information regarding the relationship between FMCC and Bering Truck to support RI Mack's contention that FMCC was the alter ego or a successor in interest to Bering. The plaintiff's discovery responses were unresponsive, evasive and incomplete. On February 22, 2006, the defendant filed a Motion to Compel Production of Documents and a Motion to Compel More Responsive Answers to Interrogatories. On March 16, 2006, Magistrate Judge Almond denied RI Mack's Motion for failure to comply with Fed. R. Civ. P. 37(a)(2)(B). On March 20, 2006, RI Mack filed a Motion for Reconsideration or Alternative Amended Motion to Compel Production and Amended Motion to Compel Answers to Interrogatories. On May 3, 2006, a hearing was held before Magistrate Judge Almond who granted RI Mack's Motion and ordered FMCC to produce the requested documents and file more responsive answers to interrogatories.

**Argument**

On January 25, 2006, this Court granted the parties Joint Motion to Extend Discovery Dates an additional 90 days. Since that time, RI Mack has pressed for the requested information to support its defense that FMCC was a successor in interest to Bering Truck. This information is essential to the defense of this case. To date, none of the relevant information has been provided to RI Mack. In view of the Order entered by Magistrate Judge Almond on May 3, 2006, RI Mack seeks an

extension of the fact discovery disclosure date and dispositive motion filing date to August 17, 2006.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)