RECEIVED
MAY 4 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 4 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FORD MOTOR CREDIT COMPANY :
:
-vs- : C.A. NO. 05-137S
:
RHODE ISLAND MACK SALES :
& SERVICE, INC. :

**ORDER**

This matter came on for hearing before Magistrate Judge Lincoln D. Almond on May 3, 2006, on defendant Rhode Island Mack Sales & Service, Inc.'s Motion for Reconsideration or Alternative Amended Motion to Compel Production and Amended Motion to Compel More Responsive Answers to Interrogatories; and, after hearing thereon, it is hereby

ORDERED and ADJUDGED:

That defendant's Motion is granted and pursuant to local Rule 37(b), plaintiff, Ford Motor Credit Company, shall comply within ~~twenty (20)~~ thirty (30) LDA days, on or before ~~May 23~~ June 2, LDA 2006.

By order,

[signature]

ENTER:

[signature]
USMJ 5/4/06

To: Thomas W. Lyons, Esquire
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within Order to the above counsel of record on May 3, 2006.

S. Sylvia Simonian