UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Ford Motor Credit Company | ) | |
| | ) | |
| Vs. | ) | C.A. NO. 05-137S |
| | ) | |
| Rhode Island Mack Sales & Service, Inc | ) | |

**PLAINTIFF'S MOTION TO**
**ENLARGE ITS TIME TO COMPLY WITH COURT ORDER**

Plaintiff hereby moves for an extension of time to comply with the court's May 4, 2006 order that it produce additional documents and provide more responsive answers to interrogatories. Plaintiff states the documents sought are also being used in a lawsuit in Virginia state court, Ford Motor Credit Company v. Bering Truck Corp., Bering Truck Distribution, BTC Resolution LLC, Case No. 187CL06-000072-00, and that the documents, which may be used to answer interrogatories must be reviewed for privilege and confidentiality issues in the Virginia case before they can be produced in this matter. Plaintiff anticipates it will be able to produce the documents and interrogatory answers by June 22, 2006.

FORD MOTOR CREDIT COMPANY
By its attorneys,

Thomas W. Lyons, R.I. Bar 2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, R.I. 02903
Tel. (401)456-0700
Fax (401)421-4730
tlyons@straussfactor.com

DATED: June 16, 2006

**CERTIFICATION**

I hereby certify that on this 19th day of June, 2006, a copy of the within was sent to James H. Reilly, Esq., Kelly, Kelleher, Reilly & Simpson, 146 Westminster Street, Suite 500, Providence, RI 02903 by regular mail, postage prepaid.

Christine Abrams