UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FORD MOTOR CREDIT COMPANY

VS. C.A. NO. 05-137S

RHODE ISLAND MACK SALES
& SERVICE, INC.

**DISMISSAL STIPULATION**

Plaintiffs' claims are hereby dismissed with prejudice, no costs or fees.

*/s/ Thomas W. Lyons*
Thomas W. Lyons, Esquire #2946
Attorney for Plaintiff
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700

*/s/ James H. Reilly*
James H. Reilly #0658
Attorney for Defendant
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903

DATED: November 16, 2006

**CERTIFICATION**

I hereby certify that on this 1st day of December, 2006, a copy of the within was sent to James H. Reilly, Esq., Kelly, Kelleher, Reilly & Simpson, 146 Westminster Street, Suite 500, Providence, RI 02903 by regular mail, postage prepaid.

*/s/ Thomas W. Lyons*